NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Jonathan W. Birdt, CA Bar 183908   Phone 818-400-4485
Law Office of Jonathan W. Birdt
18252 Bermuda St, Porter Ranch, CA 91326

ATTORNEYS FOR: Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Robert Thomson

Plaintiff(s),

v.

Torrance Police Department and Los Angeles County Sheriffs Department

Defendant(s)

CASE NUMBER:

**CV11-06154 SJO(JCx)**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**  (List the names of all such parties and identify their connection and interest.)  **CONNECTION**

Robert Thomson                                                                    Plaintiff

7/20/11
Date

Sign

Jonathan W. Birdt
Attorney of record for or party appearing in pro per

CV-30 (04/10)                              NOTICE OF INTERESTED PARTIES