AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:11-cv-06154-SJO-JC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Los Angeles Sheriffs Department
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Lashawn Tillman , who is
designated by law to accept service of process on behalf of *(name of organization)* LASD
4900 S. Eastern Avenue, Commerce California 90040 on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8/1/11

*Server's signature*

Jonathan W. Birdt
*Printed name and title*

18252 Bermuda St. Porter Ranch, CA 91326

*Server's address*

Additional information regarding attempted service, etc:

Officer Duran and Sargeant Bell are Peace Officers and as such were served by leaving a copy of the summons and complaint in a sealed envelope addressed to them with the person in charge, and a copy was mailed as well to the address above addressed to each.