TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone:  310-618-5810
Facsimile:   310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>　　　　　Defendants. | Case No. CV11-06154 SJO (JCx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: August 1 and 2, 2011<br><br>Current response date: August 22 and 23, 2011<br><br>New response date: September 9, 2011<br><br>Hon. S. James Otero |

1     **WHEREAS,** the current deadline for Defendant Los Angeles County Sheriff's Department ("LASD") to file and serve its initial response to the First Amended Complaint ("FAC") of Plaintiff Robert Thomson ("Plaintiff") is August 22, 2011;

5     **WHEREAS,** the current deadline for Defendant Torrance Police Department ("TPD") to file and serve its initial response to the First Amended Complaint ("FAC") of Plaintiff Robert Thomson ("Plaintiff") is August 23, 2011;

8     **WHEREAS,** neither the TPD nor the LASD has filed a response to the FAC, as counsel for both parties requires more time to review appropriate documents, case law, and potential settlement options in order to adequately respond; and

11     **WHEREAS,** Plaintiff has agreed to extend the deadline for the TPD and the LASD to file and serve their initial responses or other appropriate pleadings;

13     **WHEREAS,** no prior extensions of any deadlines have been requested or granted in this action, and this extension is for less than thirty (30) days; and

15     **IT IS HEREBY STIPULATED** by and between Plaintiff, TPD, and the LASD, by and through their respective counsel of record, that the TPD and the LASD shall have an extension of time until and including September 9, 2011, to file and serve their initial responses or other appropriate pleadings to Plaintiff's FAC.

//
//
//
//
//
//
//
//
//
//

1   This Stipulation is submitted pursuant to Local Rule 8-3, which states that although the Stipulation need not be approved by the Court, it shall be filed with the Court.

Dated: August 19, 2011         LAW OFFICE OF JONATHAN W. BIRDT


                               By:      /s/   Jonathan W. Birdt
                               _____
                               Jonathan W. Birdt
                               Attorneys for Plaintiff Robert Thomson

Dated: August 19, 2011         RUTAN & TUCKER, LLP
                               ROBERT S. BOWER
                               AJIT S. THIND


                               By:      /s/   Robert S. Bower
                               _____
                               Robert S. Bower
                               Attorneys for Defendant
                               TORRANCE POLICE DEPARTMENT

Dated: August 19, 2011         LOS ANGELES COUNTY COUNSEL
                               JENNIFER A. LEHMAN


                               By:      /s/   Jennifer A.D. Lehman
                               _____
                               Jennifer A.D. Lehman
                               Principal Deputy County Counsel
                               Attorneys for Defendant
                               LOS ANGELES COUNTY SHERIFF'S
                               DEPARTMENT