UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>    Plaintiff,<br><br>vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>    Defendants. | Case No. CV11-06154 SJO (JCx)<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Hon. S. James Otero |

## ORDER

The Court, having reviewed the Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days, entered into by and between Plaintiff Robert Thomson ("Plaintiff"), Defendant Torrance Police Department, and Defendant Los Angeles County Sheriff's Department, and good cause being shown,

IT IS HEREBY ORDERED that:

The Torrance Police Department and the Los Angeles County Sheriff's Department shall have until September 9, 2011 to respond to Plaintiff's First Amended Complaint.

DATED: _____, 2011 BY:_____
HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE