ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON, | CASE NO. CV 11-06154 SJO (JCx) |
| Plaintiff, | **DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S NOTICE OF INTERESTED PARTIES** |
| v. | |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, | Action Filed:   July 29, 2011 |
| Defendants. | |

**TO ALL PARTIES AND TO THIS HONORABLE COURT:**

The undersigned, counsel for Defendant LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the court to evaluate possible disqualification or recusal:

| | | |
|---|---|---|
| 1. | Robert Thomson | Plaintiff |
| 2. | Jonathan Birdt | Attorney for Plaintiff |
| 3. | Torrance Police Department | Defendant |
| 4. | Los Angeles County Sheriff's Department | Defendant |

| | | |
|---|---|---|
| 1 | DATED: August 19, 2011 | Respectfully submitted, |
| 2 | | |
| 3 | | ANDREA SHERIDAN ORDIN<br>County Counsel |
| 4 | | |
| 5 | | |
| 6 | | By          /S/ |
| 7 | | JENNIFER A.D. LEHMAN<br>Principal Deputy County Counsel |
| 8 | | |
| 9 | | Attorneys for Defendant<br>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT |

3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

HOA.816431.1

CV 11-06154 SJO (JCx)