## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| ROBERT THOMSON | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV11- 6154 SJO (JCx) |
| V. | |
| TORRANCE POLICE DEPARTMENT AND LOS | ADR PROGRAM QUESTIONNAIRE |
| DEFENDANT(S). | |

(1) What, if any, discovery do the parties believe is essential in order to prepare adequately for a settlement conference or mediation? Please outline with specificity the type(s) of discovery and proposed completion date(s). Please outline any areas of disagreement int this regard. Your designations do not limit the discovery that you will be able to take in the event this case does not settle.

None, the parties do not believe this matter is appropriate for a settlement conference.

(2) What are the damage amounts being claimed by each plaintiff? Identify the categories of damage claimed [e.g., lost profits, medical expenses (past and future), lost wages (past and future), emotional distress, damage to reputation, etc.] and the portion of the total damages claimed attributed to each category.

Issuance of a CCW Permit, $50,000.00 General Damages and attorneys fees.

(3) Do the parties agree to utilize a private mediator in lieu of the court's ADR Program?

Yes [ ]   No [X]

(4) if this case is in category civil rights - employment (442), check all boxes that describe the legal bases of plaintiff claim(s).

[ ] Title VII                                   [ ] Age Discrimination

[X] 42 U.S.C. section 1983                      [ ] California Fair Employment and Housing Act

[ ] Americans with Disabilities Act of 1990     [ ] Rehabilitation Act

[ ] Other _____

I hereby certify that all parties have discussed and agree that the above-mentioned responses are true and correct.

```
Electronically signed and approved by all counsel in conjunction
with Joint Rule 26 Report filed concurrently herewith.
```

_____          _____
Date                                     Attorney for Plaintiff  (Signature)


                                         _____
                                         Attorney for Plaintiff  (Please print full name)


_____          _____
Date                                     Attorney for Defendant  (Signature)


                                         _____
                                         Attorney for Defendant  (Please print full name)