UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | **CV 11-06154 SJO (JCx)** | Date | October 24, 2011 |
|---|---|---|---|
| Title | **Robert Thomson v. Torrance Police Department et al** | | |

| Present: The Honorable | S. JAMES OTERO | |
|---|---|---|
| Victor Paul Cruz | Margarita Lopez | does not apply |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Jonathan Wesley Birdt | Rober S. Bower<br>Jennifer A D Lehman | |

**Proceedings:**     **SCHEDULING CONFERENCE**

Hearing held.  Plaintiff shall file an amended complaint by October 31, 2011.  Motion for summary judgment shall be filed by January 3, 2012.  Hearing will be set on Monday, February 27, 2012 @ 10:00 a.m.

|  | : | 17 |
|---|---|---|
| | Initials of Preparer | vpc |