UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06154 SJO (JCx) | Date | November 15, 2011 |
|---|---|---|---|
| Title | Robert Thomson v. Torrance Police Department et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Not Present | does not apply |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**    **IN CHAMBERS**

Plaintiff is Ordered to refile the Second Amended Complaint by not later than November 21, 2011 in compliance with the Court's Electronic case filing system. Failure to comply shall result in dismissal of this action.

|  | : | 17 |
|---|---|---|
| Initials of Preparer | | vpc |