NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Robert S. Bower [SBN 70234]
Ajit S. Thind [SBN 268018]
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626
(714) 641-5100; Fax: (714) 546-9035

ATTORNEYS FOR: Defendant Torrance Police Department

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert Thomson<br><br>                                        Plaintiff(s),<br>v.<br><br>Torrance Police Department, et al.<br><br>                                        Defendant(s) | CASE NUMBER:<br><br>2:11-cv-06154-SJC-JCx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Defendant Torrance Police Department
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| Robert Thomson | Plaintiff |
| Jonathan Birdt | Attorney for Plaintiff |
| Torrance Police Department | Defendant |
| Los Angeles County Sheriff's Department | Defendant |
| City of Torrance | Affiliated with Torrance Police Dept. |

December 7, 2011
Date

Sign _____
RUTAN & TUCKER, LLP
Ajit S. Thind

Attorneys for Defendant Torrance Police Department
Attorney of record for or party appearing in pro per