1  ANDREA SHERIDAN ORDIN, County Counsel
   ROGER H. GRANBO, Assistant County Counsel
2  JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
   (SBN 191477) • *jlehman@counsel.lacounty.gov*
3  648 Kenneth Hahn Hall of Administration
   500 West Temple Street
4  Los Angeles, California 90012-2713
   Telephone: (213) 974-1908 · Fax: (213) 626-2105
5
   Attorneys for Defendant
6  LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | ROBERT THOMSON,                       | CASE NO. CV 11-06154 SJO (JCx)
12 |        Plaintiff,                     | **DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENTS' ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT FOR DAMAGES**
13 |   v.                                  |
14 | TORRANCE POLICE DEPARTMENT            |
   | and THE LOS ANGELES COUNTY            |
15 | SHERIFF'S DEPARTMENT,                 | Action Filed:  July 26, 2011
16 |        Defendants.                    |

17

18      Defendant LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

19 ("LASD") for itself alone and separating itself from all other Defendants, answers

20 Plaintiff Robert Thomson's unverified Second Amended Complaint and admits,

21 denies and alleges as follows:

22      1.   Defendant admits the allegations contained in paragraphs 16 and 25 of

23 the Second Amended Complaint.

24      2.   Defendants admits that the Amendment and case law cited by Plaintiff

25 in paragraphs 17, 18, 19, 20, and 21, of the Second Amended Complaint read as

26 indicated.

27      3.   Defendant LASD lacks sufficient information and belief to admit or

28 deny the allegations contained in paragraphs 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 22,

HOA.836825.1                                                CV 11-06154 SJO (JCx)

23, 24, 27, and 28, of the Second Amended Complaint and, based on that lack of information and belief, denies those allegations.

4. Defendant LASD denies generally and specifically, each and every allegation contained in paragraphs 15, 26, 29, 30, 31, and 32, of the Second Amended Complaint.

5. Responding to paragraph 1 of the Second Amended Complaint, Defendant LASD admits that Plaintiff applied for and was denied a license to carry a concealed weapon by the LASD. Defendant LASD lacks sufficient information and belief to admit or deny the remaining allegations of the paragraph and, based on that lack of information and belief, denies the remainder of the paragraph.

6. Responding to paragraph 11 of the Second Amended Complaint, Defendant LASD admits that it is a department within the County of Los Angeles, a municipal entity.

### FIRST AFFIRMATIVE DEFENSE

7. Plaintiff's Second Amended Complaint fails to state facts sufficient to constitute a cause of action against this answering Defendant.

### SECOND AFFIRMATIVE DEFENSE

8. Plaintiff has failed to take all necessary steps to mitigate his damages.

### THIRD AFFIRMATIVE DEFENSE

9. Plaintiff has an adequate remedy at law.

### FOURTH AFFIRMATIVE DEFENSE

10. Plaintiff's action is barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

11. Plaintiff's action is barred by Plaintiff's failure to exhaust administrative remedies, including but not limited to, internal administrative procedures and/or statutory administrative procedures and. therefore, this Court lacks jurisdiction over Plaintiff's claims.

## SIXTH AFFIRMATIVE DEFENSE

12. Plaintiff lacks standing to maintain this action.

WHEREFORE, Defendant LASD prays that:

1. Plaintiff takes nothing by this action;

2. Plaintiff's action is dismissed with prejudice;

3. Plaintiff's requests for injunctive relief be denied and Plaintiff take nothing by this action;

4. Defendant LASD be awarded their costs of suit incurred herein, including reasonable attorneys' fees; and

5. Defendant LASD be awarded such other relief at this Court may deem just and proper.

DATED: December 7, 2011

Respectfully submitted,
ANDREA SHERIDAN ORDIN
County Counsel

By /s/ Jennifer Lehman
JENNIFER A.D. LEHMAN
Principal Deputy County Counsel

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT