1  **JONATHAN W. BIRDT – SBN 183908**
   **Law Office of Jonathan W. Birdt**
2  18252 Bermuda Street
3  Porter Ranch, CA 91326
   Telephone:     (818) 400-4485
4  Facsimile:     (818) 428-1384
   jon@jonbirdt.com
5  Attorney for Plaintiff Robert Thomson

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **CENTRAL DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| ROBERT THOMSON, | **CASE NO. 2:11-cv-06154-SJO-JC** |
| Plaintiff, | PLAINTIFFS' NOTICE OF MOTION FOR SUMMARY JUDGMENT |
| vs. | |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | DATE: February 27, 2012<br>TIME: 10:00 a.m.<br>HON.: Judge S. James Otero |
| Defendants. | |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

   PLEASE TAKE NOTICE THAT on the date and time above, or as soon thereafter as counsel can be heard, in the above-listed Court, Plaintiff Robert Thomson will, and by simultaneous submission herewith of this motion hereby does, move this Court for an Order granting Plaintiffs' Motion for Summary Judgment against Defendants pursuant to Federal Rule of Civil Procedure 56, on the grounds that Defendants have violated Plaintiffs Rights as set forth in the Second Amendment of the United States Constitution.

1

2    This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum

3   of Points and Authorities in support thereof, the Separate Statement of Undisputed Facts lodged

4   concurrently herewith and, the pleadings and papers on file herein, the record to date in this matter,

5   and upon such other matters as may be presented to the Court at the time of the hearing.

6

7   December 17, 2011                                        __/s/_____

                                                                      Jonathan W. Birdt, Esq.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28