1  **JONATHAN W. BIRDT – SBN 183908**
   **Law Office of Jonathan W. Birdt**
2  18252 Bermuda Street
   Porter Ranch, CA 91326
3  Telephone:   (818) 400-4485
4  Facsimile:   (818) 428-1384
   jon@jonbirdt.com
5  Attorney for Plaintiff Robert Thomson

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON, | CASE NO. 2:11-cv-06154-SJO-JC |
| Plaintiff, | **PLAINTIFFS' SEPARATE STATEMENT OF UNDISPUTED FACTS LODGED CONCURRENTLY WITH MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | DATE: February 27, 2012 |
| | TIME: 10:00 a.m. |
| Defendants. | HON.: Judge S. James Otero |

| Undisputed Fact | Supporting Evidence |
|---|---|
| 1.  The California Legislative scheme requires a CCW Permit to enable Plaintiff to possess a functional firearm for self-defense purposes outside of the home. | <u>Penal Codes</u> 26350 (Open Carry), 12031 (Loaded) & 12025 (Concealed) |
| 2.  Plaintiff applied with the Torrance Police Department (TPD) and Los | Stipulated facts from Joint Report of Counsel. |

PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT    PAGE- 1    CASE NO. 2:11-cv-06154-SJO-JC

| | |
|---|---|
| Angeles County Sheriff's (LASD) Department for a permit to carry a concealed weapon pursuant to Cal. Pen. Code Section 12050. Plaintiff was denied a permit because he did not meet the Good Cause Policy of either Department. | |
| 3. Defendants require documentation of a Clear and Present Danger to the applicant before they will issue a CCW Permit. | Defendants Initial Disclosures. |

December 17, 2011                                   ___/s/_____

                                                                                           Jonathan W. Birdt