# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 11-06154 SJO (JCx) | Date | December 22, 2011 |
|---|---|---|---|
| Title | Robert Thomson v. Torrance Police Department et al | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Not Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| not present | not present |

**Proceedings:**             IN CHAMBERS

The Court continues Strikes Defendant's Objections to Plaintiff's Second Amended Complaint & Request for Dismissal [27]. Request for dismissal should be filed as a formal motion to dismiss.

                                                                                    :
                                                        Initials of Preparer      vpc