ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • *jlehman@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>Plaintiff,<br><br>v.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | CASE NO. CV 11-06154 SJO (JCx)<br><br>**NOTICE OF LODGING OF DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S SEPARATE STATEMENT OF UNDISPUTED FACTS & CONCLUSIONS OF LAW; EVIDENCE IN SUPPORT THEREOF**<br><br>[Filed concurrently with Notice of Motion and Motion for Summary Judgment; Proposed Order]<br><br>**MSJ Date:** **February 27, 2012**<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>Action Filed: July 26, 2011<br>**Trial Date:** **None set** |

Pursuant to Local Rule 56-1, Defendant Los Angeles County Sheriff's Department ("LASD") hereby lodges its Separate Statement of Undisputed Facts and Conclusions of Law, in conjunction with its Motion for Summary Judgment, calendared for hearing on February 27, 2011.

HOA.846805.1

CV 11-06154 SJO (JCx)

1 | DATED: December 22, 2011

Respectfully submitted,

ANDREA SHERIDAN ORDIN
County Counsel

By _____
JENNIFER A.D. LEHMAN
Principal Deputy County Counsel

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S
DEPARTMENT

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

HOA.846805.1