TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone: 310-618-5810
Facsimile: 310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br>  Defendants. | Case No. CV11-06154 SJO (JCx)<br>Date Action Filed: July 26, 2011<br><br>Assigned to:<br>U.S. District Judge S. James Otero<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT**<br><br>[Filed Concurrently With Defendants' Memorandum of Points and Authorities; Notice of Lodging; Declaration of John Neu; Declaration of Ajit Singh Thind]<br><br>Motion Hearing Date: Feb. 27, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1- 2nd Floor<br>Location: Spring Street |

Rutan & Tucker, LLP
attorneys at law

102/062579-0097
2717533.1 a12/28/11

Case No. SACV10-01855-SJO (JCG)
NTC. OF MTN. AND MTN. FOR SUMMARY JUDGMENT

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 27, 2012 at 10:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1-2nd Floor of the United States District Court for the Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, Defendant City of Torrance Police Department ("TPD") will and hereby does move for summary judgment or, in the alternative, for partial summary judgment ("Motion") pursuant to Rule 56 of the Federal Rules of Civil Procedure on the complaint of Plaintiff Robert Thomson's ("Plaintiff").

PLEASE TAKE FURTHER NOTICE, that the Court reserves the right to decide matters without oral argument, but will notify the parties in advance.

This motion is made pursuant to the stipulation of the parties and as set forth in the court's Order made at the Scheduling Conference held on October 24, 2011, which also served as the Local Rule 7-3 conference.

This Motion is brought on the ground that there is no genuine issue as to any material fact and that Defendant is entitled to judgment as a matter of law for the following reasons:

1. There is no Second Amendment right to carry a concealed handgun in public;

2. Even if the Second Amendment could be plausibly read to protect a right to a CCW license, the TPD's Policy does not substantially burden that right, and thus it is reviewed under the rational basis test. The Policy passes constitutional muster because it is reasonably related to a legitimate governmental interest;

3. Even if the TPD's Policy substantially burdened Plaintiff's rights, and thus is reviewed under heightened scrutiny, it passes constitutional muster because the Policy is substantially related to important government interests.

In the event the Court determines not to grant summary judgment in full, Defendant also respectfully moves the Court, pursuant to Rule 56(d) of the Federal Rules of Civil Procedure, for an order adjudicating the facts set forth in the lodged

Rutan & Tucker, LLP
attorneys at law

102/062579-0097
2717533.1 a12/28/11

-1-

Case No. CV11-06154 SJO (JCx)
NTC. OF MTN. AND MTN. FOR SUMMARY JUDGMENT

1 | Statement of Undisputed Facts and Conclusions of Law as being without substantial
2 | controversy so that such facts shall be deemed established for trial on any remaining
3 | claims for relief.
4 |     This Motion is based upon this Notice of Motion and Motion; the
5 | Memorandum of Points and Authorities in Support Thereof; the Notice of Lodging
6 | (containing Defendants' Proposed Statement of Undisputed Facts and Conclusions
7 | of Law, Proposed Judgment, and Proposed Order) submitted herewith; the
8 | Declaration of John Neu submitted herewith; the Compendium of Exhibits
9 | submitted herewith; all pleadings and papers on file in this action; any Reply papers
10 | filed in support of this Motion; and such argument and further evidence as may be
11 | presented at the hearing on this Motion.

13 | Dated: January 3, 2012

RUTAN & TUCKER, LLP
ROBERT S. BOWER
AJIT S. THIND

By: /s/ Ajit S. Thind
Ajit S. Thind
Attorneys for Defendant
TORRANCE POLICE
DEPARTMENT

Rutan & Tucker, LLP
attorneys at law

102/062579-0097
2717533.1 a12/28/11

-2-

Case No. CV11-06154 SJO (JCx)
NTC. OF MTN. AND MTN. FOR SUMMARY JUDGMENT