TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone:  310-618-5810
Facsimile:   310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON, <br><br> Plaintiff, <br><br> vs. <br><br> TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, <br><br> Defendants. | Case No. CV11-06154 SJO (JCx) <br> Date Action Filed:  July 26, 2011 <br><br> Assigned to: <br> U.S. District Judge S. James Otero <br><br> **DECLARATION OF AJIT SINGH THIND IN SUPPORT OF DEFENDANT TORRANCE POLICE DEPARTMENT'S MOTION FOR SUMMARY JUDGMENT (FRCP 56)** <br><br> **Date:**         **February 27, 2012** <br> **Time:**                 **10:00 a.m.** <br> **Courtroom:**     **1- 2nd Floor** <br> **Location:**         **Spring Street** |

## DECLARATION OF AJIT SINGH THIND

I, Ajit Singh Thind, declare as follows:

1. I have personal knowledge of the matters set forth in this Declaration and, if called, could and would testify competently to such matters.

2. I am an attorney in the law firm Rutan & Tucker, LLP, counsel of record for Defendant TORRANCE POLICE DEPARTMENT ("TPD").

3. I make this declaration in support of TPD's Motion for Summary Judgment.

4. The California Legislature recently decided to re-work the statutory scheme that governs possessions of firearms. The statutes are recodified effective January 1, 2012. (Cal. Penal Code § 16000.) Although only the 2011 statutes are relevant to the TPD's denial, the Table attached as Exhibit "A" to this declaration sets forth, to the best of my knowledge, the 2011 provisions and the corresponding new provisions that will be effective on January 1, 2012, for the Court's convenience.

Executed on this 3 day of January, 2012, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ajit Singh Thind

2465/062579-0097
2791355.1 a01/03/12

-1-

Case No. CV11-06154 SJO (JCx)
DECLARATION OF AJIT SINGH THIND IN SUPPORT OF MSJ