## DISPOSITION OF EXISTING LAW TABLE

Title 2 (commencing with Section 12000) of Part 4 of the California Penal Code, which was entitled "Control of Deadly Weapons," was recodified by the "Deadly Weapons Recodification Act of 2010." (Cal. Rev. Code § 16000.) The recodification is effective on January 1, 2012. This Table shows the disposition of some of the affected sections. All statutory references are to the California Penal Code.

Existing Provisions | Corresponding New Provision
--- | ---
12025(a) | 25400(a)
12025(f) | 25400(b)
| |
12026 | 25605
12026.1 | 25610, 16850
| |
12027(a) | 25450-25475
12027(b) | 25615
12027(c) | 25620
12027(d) | 25625
12027(e) | 25630
12027(f) | 25635
12027(g) | 25640
12027(h) | 25645
12027(i) | 25650
12027(j) | 25655
| |
12031(a) | 25850
12031(b)(1)-(3) | 25900-25925
12031(b)(4) | 26000
12031(b)(5) | 26005
12031(b)(6) | 26010
12031(b)(7) | 26015
12031(b)(8) | 26020
12031(c) | 26025
12031(d) | 26030(a)-(c)
12031(e) | 25850(b)
12031(f) | 17030
12031(g) | 16840(b)
12031(h) | 26035
12031(i) | 26040
12031(j) | 26045(a)-(c)
12031(k) | 26050
12031(l) | 26055
| |
12050 | 26150-26225

102/062579-0097
2712118.1 a12/13/11