# CITY OF TORRANCE – GOOD CAUSE POLICY FOR CCW LICENSES

## GOALS

Torrance has instituted a good cause policy for the issuance of CCW licenses pursuant to California Penal Code section 12050. The goals of this good cause policy in regulating concealed firearms are to maintain public safety, prevent gun-related crime and the death of its citizens, reduce the incidence of unlawful public shootings, reduce the number of concealed weapons in public in order to reduce the risks to other members of the public who use the streets and go to public accommodations, and ensure that police officers can safely respond to dangerous situations.

## POLICY

The Police Department shall conduct an individualized assessment of each applicant for a CCW license, including a review of the standardized DOJ application, a background check, and an interview of the applicant. The Chief of Police shall issue a CCW license when, in his sole discretion, he determines there is good cause to do so and the applicant has met all of the other conditions set forth in California Penal Code section 12050. To establish good cause, an applicant must demonstrate more than a "generalized fear" for one's personal safety. Rather, the applicant must document that:

> (i) the applicant is dealing with circumstances that distinguish the applicant from other members of the public, in that there is a clear, present, and documented danger to the applicant, and

> (ii) there are no feasible alternative means of protection, either through existing law enforcement resources or under the provisions of California Penal Code section 12031, which carve out a number of exceptions that allow individuals to possess and carry firearms in public settings for self-defense and defense of property.

## EXAMPLES

Examples of good cause include where the applicant is a business owner who typically is forced to carry large sums of cash or valuable items in public and has been the victim of violent crime and/or the subject of documented, credible threats of violence. Good cause would not include situations where the applicant voluntarily chooses to undertake risks in the performance of the applicant's job that could otherwise be avoided by performing the job in a different manner (e.g., avoiding risks by meeting clients in public places during the day, rather than late at night in crime-ridden areas).

# CITY OF TORRANCE – GOOD CAUSE POLICY FOR CCW LICENSES

## GOALS

Torrance has instituted a good cause policy for the issuance of CCW licenses pursuant to California Penal Code section 12050. The goals of this good cause policy in regulating concealed firearms are to maintain public safety, prevent gun-related crime and the death of its citizens, reduce the incidence of unlawful public shootings, reduce the number of concealed weapons in public in order to reduce the risks to other members of the public who use the streets and go to public accommodations, and ensure that police officers can safely respond to dangerous situations.

## POLICY

The Police Department shall conduct an individualized assessment of each applicant for a CCW license, including a review of the standardized DOJ application, a background check, and an interview of the applicant. The Chief of Police shall issue a CCW license when, in his sole discretion, he determines there is good cause to do so and the applicant has met all of the other conditions set forth in California Penal Code section 12050. To establish good cause, an applicant must demonstrate more than a "generalized fear" for one's personal safety. Rather, the applicant must document that:

> (i) the applicant is dealing with circumstances that distinguish the applicant from other members of the public, in that there is a clear, present, and documented danger to the applicant, and

> (ii) there are no feasible alternative means of protection, either through existing law enforcement resources or under the provisions of California Penal Code section 12031, which carve out a number of exceptions that allow individuals to possess and carry firearms in public settings for self-defense and defense of property.

## EXAMPLES

Examples of good cause include where the applicant is a business owner who typically is forced to carry large sums of cash or valuable items in public and has been the victim of violent crime and/or the subject of documented, credible threats of violence. Good cause would not include situations where the applicant voluntarily chooses to undertake risks in the performance of the applicant's job that could otherwise be avoided by performing the job in a different manner. For example, good cause would not be established where a bail agent chooses to meet clients, potential clients, or their agents/representatives late at night in crime-ridden areas when the bail agent could otherwise conduct business at the bail agent's office or in a public place in a safer area.

# TORRANCE POLICE DEPARTMENT

## POLICY CONCERNING LICENSES TO CARRY CONCEALED WEAPONS

- All applicants shall complete the California Department of Justice Standard Application and attest under perjury that the information provided is true and correct.

- The Chief of Police may issue a CCW permit under certain conditions including but not limited to those listed below, which are covered in Penal Code Section 12050(a)(1)(B):

    1. The applicant is of good moral character (e.g., has no history of any mental or emotional condition, alcoholism, drug use or addiction, or other conduct indicating moral turpitude).

    2. The applicant has no prior conviction for a felony or any other crime that indicates moral turpitude.

    3. The applicant can show good cause for issuance. (Is there clear and present danger and the applicant has no other means of protection?)

    4. The applicant is a resident of the City of Torrance.

    5. The applicant has successfully completed a designated course of training in the carrying, safety and use of firearms.

- Before a CCW permit is issued, applicants are required to pay for and pass psychological testing by the Department psychologist and maybe required to submit to and pass additional psychological testing.

- The Chief of Police may attach reasonable conditions upon such licenses, including but not limited to:

    1. The type of weapon and ammunition to be permitted and carried.

    2. The times and places where the concealed weapon can be carried.

    3. Limitations in carrying concealed weapons to those circumstances when a specific dangerous activity is to be encountered and for which the applicant sought the license.

    4. The applicant shall purchase an insurance policy in the amount of $1,000,000 naming the City of Torrance as the insured against the applicant's possession or use of a concealed firearm, and shall furnish proof of insurance be filed with the Torrance Police Department. The term of any license granted by the Chief of Police shall end automatically upon lapse in said insurance.

- The license, if granted, shall lapse by operation of law if the licensee is convicted by final judgment of any felony, or serious misdemeanor, including driving under the influence of alcohol or drugs.

- If any section, subsection, sentence, clause, phrase or other portion of this policy is for any reason held to be invalid or unconstitutional by the decision of any court of competent jurisdiction, such decision shall not affect the validity of the remaining portions of this policy.

- Fees associated with the CCW permit and application are the responsibility of the applicant.

| INITIAL APPLICATION FEES | | RENEWAL FEES | |
|---|---|---|---|
| **90-day Employment CCW** | | **90-day Employment CCW** | |
| State Fingerprinting Processing | $32 | State Thumbprint Verification | $8 |
| FBI Fingerprinting Processing | $24 | Firearms Eligibility Check | $17 |
| Initial Firearms Eligibility Check | $17 | TOTAL | $25 |
| TOTAL | $73 | | |
| **Standard / Two-Year Resident CCW** | | **Standard / Two-Year Resident CCW** | |
| State Fingerprinting Processing | $32 | State Thumbprint Verification | $8 |
| FBI Fingerprinting Processing | $24 | Firearms Eligibility Check | $17 |
| Initial Firearms Eligibility Check | $17 | Annual Firearms Eligibility Check | $17 |
| Annual Firearms Eligibility Check | $17 | TOTAL | $42 |
| TOTAL | $90 | | |
| **Judicial / Three-Year CCW** | | **Judicial / Three-Year CCW** | |
| State Fingerprinting Processing | $32 | State Thumbprint Verification | $8 |
| FBI Fingerprinting Processing | $24 | Firearms Eligibility Check | $17 |
| 1st Annual Firearms Eligibility Check | $17 | 1st Annual Firearms Eligibility Check | $17 |
| 2nd Annual Firearms Eligibility Check | $17 | 2nd Annual Firearms Eligibility Check | $17 |
| TOTAL | $107 | TOTAL | $59 |
| **Reserve Peace Officer/Four-Year CCW** | | **Reserve Peace Officer/Four-Year CCW** | |
| State Fingerprinting Processing | $32 | State Thumbprint Verification | $8 |
| FBI Fingerprinting Processing | $24 | Firearms Eligibility Check | $17 |
| Initial Firearms Eligibility Check | $17 | 1st Annual Firearms Eligibility Check | $17 |
| 1st Annual Firearms Eligibility Check | $17 | 2nd Annual Firearms Eligibility Check | $17 |
| 2nd Annual Firearms Eligibility Check | $17 | 3rd Annual Firearms Eligibility Check | $17 |
| 3rd Annual Firearms Eligibility Check | $17 | TOTAL | $76 |
| TOTAL | $124 | | |

- In addition to the fees, which are collected by the Department and sent to DOJ, our Department may charge a processing fee up to $100 for the initial CCW (not including fingerprinting and training costs).

Exhibit A, Page 7