

# CITY OF
# TORRANCE

POLICE DEPARTMENT

JOHN J. NEU
CHIEF OF POLICE

April 1, 2009

Mr. Robert J. Thomson
16423 Haas Avenue
Torrance, CA  90504

RE:  Application for a Carry Concealed Weapons Permit

Dear Mr. Thomson:

A thorough investigation has been conducted based on your application for a Carry Concealed Weapons Permit. Based on my review and investigation of your application, your request is denied.  This denial is based on my determination that you have failed to prove at least one or more of legal requirements to obtain a CCW Permit: you are a person of good moral character; good cause exists for the issuance of the license; you are currently a resident of the City of Torrance; you have completed the required training course.

The Chief of Police is given the discretion for the issuance of CCW permits.  This authority is outlined in the California Penal Code Section 12050(B).   This decision is final and no appeal can be made.

If you have any questions regarding my decision, you may contact Lieutenant Devin Chase at (310) 618-5712 within 15 days of receipt of this letter.

Sincerely,

John J. Neu
Chief of Police

JJN: ml

Exhibit B, Page 8



**Torrance Police Department Intelligence Detail**

# Concealed Weapon Permit Interview

### Detective Scott Bargar #14389

---

**To:**                                                          <u>Date:</u> **02 Feb 09**
**Lieutenant D. Chase**
Commander, Vice and Narcotics Division

**From:**
**Detective Scott Bargar**
Intelligence Section

**Subject:**
**Robert James Thomson**
16423 Haas Ave, Torrance
CDL: A1385180
DOB: 12-15-1970
Phone# 424-294-0583

On 23 Dec 08, I reviewed the CCW Application that was completed by the above named applicant. All Paperwork appeared to be complete and in order. On 21 Jan 09, I (Det. Bargar) and Sgt. Brian O'Steen also met at the Torrance Police Department with Mr. Thomson in regards to his application.

Mr. Thomson is a resident of Torrance and currently is a Bail Agent, and owner of Caught Up Bail Bonds, in the City of Torrance. Mr. Thomson said his schedule varies, but is available 24/7, including weekends and holidays. Mr. Thomson's business is also his home address, but meets the majority of his clients away from his residence. Mr. Thomson said he has been a Bail Agent for three years.

Mr. Thomson stated he bail's people out of jail on a daily basis, some who eventually don't show up for court. Mr. Thompson said when these people are tracked down and captured against their will by him or other people licensed for fugitive recovery and under a civil contract, they are often upset with their captors. Mr. Thomson feels it is equally important to carry a weapon on his person to protect himself from retaliatory attacks by fugitives who may still hold a grudge when released from jail or prison after sentencing. Mr. Thomson also said at times he has to venture into bad neighborhood's to meet with clients and sign documents, and at times leaves these meetings with large amounts of cash that has been received to secure a bond.

**Exhibit B, Page 9**

Mr. Thomson feels the above listed reasons create an exigency that shows a need for the issuance of a CCW.

I (Det. Bargar) questioned Mr. Thomson about the right to carry a firearm in the course of his work duties. Mr. Thomson was clearly educated about 12031 (k) PC, which states he is only allowed to carry a firearm in the act of making or attempting to make a lawful arrest, and not before or after the arrest. Mr. Thomson also said he was aware that a firearm needed to be transported unloaded and in a locked container.

While interviewing Mr. Thomson, he said he has had one incident in a high crime area where he was going to meet a clients family, and the man who answered the door was holding a firearm, other than that he has had no serious incidents involving his safety during the course of his working duties. Mr. Thomson also stated on one occasion he needed the assistance of LASO (Norwalk) to help him affect an arrest on a violent subject who had a bail warrant. Mr. Thomson further stated that he has not been threatened, nor had any security concerns, within the Torrance Police Department's jurisdiction. Mr. Thomson also stated that he has never been assaulted or robbed during the course of his duties, nor has he ever had to file a report with any police agencies in regards to threats made against him or his family. Mr. Thomson said if he talks with a potential client or family members of a potential client, and feels there is any type of risk monetarily or safety wise, he simply refuses to take the case.

Mr. Thomson does posses a valid CCW from the state of Utah, that expires in the year 2013 (CCW #C256808, see attached) and currently owns a registered Glock Model 22, 40 caliber handgun (ser# DKL431US), and a Glock Model 27, 40 caliber handgun (ser#HGZ826) that he trains and shoots with on a routine basis. Mr. Thomson has also successfully attended and completed the California Department of Justice Handgun Safety Course (see Attached), and holds valid permits through the State Department of Consumer Affairs for his guard registration, along with a permit for an exposed firearm.

It should be noted that Mr. Thomson stated he has never been treated for any type of mental illness, nor is there any evidence of controlled substance or alcohol abuse. The Intel Unit also found no arrest history involving Mr. Thomson.

Pursuant to Torrance Police Department General Order 3.31.1 (B) (1), my investigation revealed:
(a) The Applicant appears to be of good moral character.
(b) The applicant has no prior convictions of a felony or any other crime that indicates moral turpitude.
(c) I was unable to determine/identify any specific or credible threats to the applicant.
(d) The applicant is a bona fide resident of the City of Torrance.
(e) The applicant has successfully completed a designated course of training in the carrying, safety, and use of firearms.

**Exhibit B, Page 10**

While Mr. Thomson has some security concerns for his safety, all appear to be centered on his course of duties as a Bail Agent. At this time there are no specific threats directed at Mr. Thomson or his family, and it is the Intel Unit's belief that local police agencies can assist Mr. Thomson with any future problems that may arise. At this time, Mr. Thomson has no safety concerns centered geographically to the City of Torrance.

To be forwarded to the office of the Chief of Police for final consideration.



**Detective Scott Bargar**
Intelligence Section



JOHN J. NEU
CHIEF OF POLICE

# TORRANCE POLICE DEPARTMENT

## GENERAL ORDER 3.31 CONCEALED WEAPON PERMITS

DATE ISSUED: April 4, 2007

## PURPOSE

Rules pertaining to the issuance of permits to carry concealed weapons.

### 3.31.1  CARRY CONCEALED WEAPON (CCW) PERMIT

A.  APPLICATION.  All applicants for a Concealed Weapons Permit shall complete the California Department of Justice (DOJ) Standard Application for carrying a concealed weapon (CCW). The Chief of Police will consider issuing a Concealed Weapon Permit only to those individuals who have met certain conditions outlined in Penal Code §12050. The Chief of Police may place additional restrictions on permits.

B.  COMPLETION.  The person requesting the CCW permit shall fill out the application with the exception of those portions reserved for Department use.  The application fee shall be collected by the Records Division and transferred to the City Treasurer.  The completed application shall be forwarded to the Vice and Narcotics Division for processing.

   1.  The application shall be assigned an incident number.  The Vice and Narcotics Division Commander shall cause an investigation of the applicant, to include but not confined to the following:

      a.  The applicant is of good moral character.

      b.  The applicant has no prior convictions of a felony or any other crime that indicates moral turpitude.

      c.  The applicant can show good cause for issuance.

      d.  The applicant is a bona fide resident of the City of Torrance.

      e.  The applicant has successfully completed a designated course of training in the carrying, safety, and use of firearms.

   2.  Upon completion of the above-described investigation, the Vice and Narcotics Division Commander shall forward the application along with his recommendation to the Special Operations Bureau Commander for review and concurrence.  If there is no legal reason for disqualification, the applicant shall be fingerprinted and photographed in order to provide the required documentation to the Department of Justice.

   3.  CCW permits will not be issued until clearance is obtained from the Department of Justice.

   4.  Upon review of the DOJ response, the Vice and Narcotics Division Commander's recommendation, and the Special Operations Bureau Commander's concurrence, the Chief of Police shall make a final determination.  A letter signed by the Chief of Police shall be sent to the applicant providing notification of the final decision.

   5.  The applicant shall purchase an insurance policy in the amount of one million dollars ($1,000,000) naming the City as the insured against the applicant's possession or use of a concealed firearm.  A copy of this policy shall be filed with the Department.  The term of any license granted by the Department shall end automatically by the operation of law upon lapse in said insurance.

**Exhibit B, Page 12**

6.  All applicants shall be given written notice indicating the approval or denial of the requested CCW license within 90 days of application or 30 days after receipt of the applicant's background check from DOJ, whichever is later.

7.  Before a permit is issued all qualified applicants will be required to pass psychological testing by the Department psychologist and may be required to submit and pass additional psychological testing.

8.  The Chief of Police may attach reasonable conditions or restrictions upon such licenses including, but not limited to:

    a.  The type of weapon and ammunition that is permitted and carried.

    b.  The times and places where the concealed weapon can be carried.

    c.  Limitations in carrying concealed weapons to those circumstances when a specific dangerous activity is to be encountered and for which the applicant has sought the license.

9.  If granted, the duration of the license shall be not more than two years, as allowed by law.  The license shall lapse by operation of law if the licensee is convicted by final judgment of any felony, or serious misdemeanor, including driving under the influence of alcohol or drugs.

10. If any section, subsection, sentence, clause, phrase or other portion of this policy is for any reason held to be invalid or unconstitutional by the decision of any court of competent jurisdiction, such decision shall not affect the validity of the remaining portions of this policy.

11. All fees associated with the CCW permit and application are the responsibility of the applicant.

12. There is no appeal of the final decision.  Within 15 days from notification of denial, the applicant may request a meeting to discuss the denial with the Vice and Narcotics Division Commander or a designee appointed by the Chief of Police.

C.  DISTRIBUTION.  The application and any accompanying documentation shall be filed in Records Division.

## 3.31.2  CONCEALED WEAPONS FOR RETIREES

A.  IDENTIFICATION CARD.  Retired sworn personnel shall be issued a picture retirement identification card bearing either an authorization to carry a concealed weapon, or a clear and explicit restriction withholding the privilege, and the date the endorsement is to be renewed.

B.  CONCEALED WEAPON PERMIT.  Every peace officer honorably retired from the Torrance Police Department, after January 1, 1981, who desires authority to carry a concealed firearm per Penal Code §12027(a), shall:

1.  Initially upon retirement, and before the lapse of five years thereafter, request authorization to carry a concealed weapon from the Chief of Police.

2.  During the term of the permit, report all major physical or mental conditions or illnesses to the Chief of Police as soon as practical.

3.  Submit, as soon as practical, a written report to the Chief of Police all incidents involving the discharge of a concealed weapon if other than on a firing range, or other legal recreational shooting.

4.  Carry the authorization card at all times while carrying a concealed weapon.

C.  PERMIT RENEWAL.  Authorization to carry a concealed weapon, by officers honorably retired after January 1, 1981, shall be granted for a maximum period of five years from the date of issue.  Retired Officers must apply for renewal to the Office of the Chief of Police before the lapse of each five year period thereafter.  Identification cards for officers retired after January 1, 1981, endorsed granting the privilege, must be renewed every five years, or the privilege of carrying a concealed weapon shall automatically lapse.  The retiree shall qualify with the firearm at least annually.

1.  The retiree may demonstrate competency by firing on the Department Range under the supervision of the Range Master, or by submitting certified shooting scores from another police agency or public range.

2.  Upon request for renewal, the Chief of Police shall review Department of Justice records to determine any relevant information in considering whether the permit should be renewed.

3.  The retiree shall supply the Department with two recent photographs suitable for use on the renewed ID card.

4.  This section does not apply to officers who retired prior to January 1, 1981.

D.  PERMIT DENIED OR REVOKED.  The Chief of Police may deny or revoke the retired officer's privilege to carry a concealed weapon upon a showing of good cause.  A retired peace officer may have his privilege to carry a concealed and loaded firearm revoked or denied by violating any Departmental rule, or state or federal law that, if violated by an officer on active duty, would result in that officer's arrest, suspension, or removal from the agency.  A retired officer whose authorization to carry a concealed weapon is revoked or denied has the right to a hearing as specified in Penal Code §12027.1.

1.  A retired officer shall have 15 days to respond to a notice of that hearing or, upon failing to respond to the notice, forfeits the retired officer's right to that hearing.

2.  Any hearing shall be held before a three-member board.  One member of the board shall be selected by the Department and one member shall be selected by the retired officer or the Torrance Police Officer's Association.  The third member shall be selected jointly by the Department and the retired officer or TPOA.  A decision by the board shall be binding on the Department and the retiree.

3.  An officer who retired because of a psychological disability after January 1, 1989, shall not be issued an endorsement to carry a concealed weapon.

4.  Should the privilege to carry a concealed weapon be revoked or denied, the Chief of Police shall issue the retiree an Identification Card indicating that the bearer is restricted from carrying a concealed weapon.

5.  Any retiree whose privilege to carry a concealed weapon is revoked shall, upon notification, immediately surrender to the Chief of Police his identification card containing permission to carry a concealed weapon.

**JOHN J. NEU**
**CHIEF OF POLICE**

**Exhibit B, Page 14**

# California Department of Justice



# STANDARD APPLICATION
# FOR LICENSE TO CARRY
# A CONCEALED WEAPON (CCW)

BCIA 4012 (6/99)

**California Department of Justice**
# STANDARD APPLICATION
for
# LICENSE TO CARRY A CONCEALED WEAPON (CCW)

## Authority

California Penal Code (PC) sections 12050 through 12054 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county may issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license).  PC section 12051(a)(3)(A) requires the Attorney General to prescribe a statewide standard application form for a CCW license.

## Who May Be Issued a License

The licensing authority specified in PC section 12050(a)(1) (a sheriff or head of a municipal police department) may issue a license to persons who are of good moral character, who have completed a course of training, and where good cause exists for issuance of the CCW license.  All applications for a CCW will be fingerprinted and state records will be checked to determine if they are in a prohibiting class.  Attachments 1, 2, and 3 (following page 14 of this application) list all categories that would cause a person to be in a class prohibiting them from possessing firearms and being granted a CCW license.  These attachments are updated annually to reflect new legislation and other changes in the law.

## Format of CCW License

A CCW license may be issued in either of the following formats:

1. A license to carry concealed, a pistol, revolver, or other firearm capable of being concealed upon the person.
2. Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in that county a pistol, revolver, or other firearm capable of being concealed upon the person

## Training Required

PC section 12050(a)(1)(B) and (E) specifies that new license applicants must complete a course of training.  The training may consist of any course acceptable to the licensing authority.  The licensing authority may require either a course not to exceed 16 hours which includes instruction on at least firearms safety and the law regarding the permissible use of a firearm or a community college course not to exceed 24 hours certified by the Commission on Peace Officer Standards and Training.  If the licensing authority requires the community college course, it must be uniformly required for all CCW license applicants.  The licensing authority may also require annual qualification on the weapon(s) during the term for which the CCW license is granted.

For license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than four hours in length, and shall include instruction on at least firearm safety and the law regarding permissible use of a firearm

-1-

State of California, Department of Justice
# Standard Application for CCW License

## Psychological Testing

In addition to licensing requirements as specified by the licensing authority, jurisdictions may require psychological testing on the initial application.  If required, the applicant shall be referred to a licensed psychologist used by the licensing authority for the psychological testing of its own employees.  Any fees charged will be the responsibility of the applicant and such fees shall not exceed $150.00 for an initial test.  Additional psychological testing of an applicant seeking license renewal shall be required only if there is compelling evidence to indicate that a test is necessary (PC section 12054(c)).

## Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license. The determination whether or not to issue the license is the prerogative of the licensing authority.  Each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require pursuant to PC section 12050(1)(1)(A) and (B). Prior to issuing a CCW, the statutes require proof that:

*   The applicant is of good moral character,
*   Good cause exists to issue the CCW license,
*   The applicant meets residence requirements, and
*   The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued.  The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein (PC section 12051(a)(3)(C)).

The applicant will certify that all answers provided are true and correct to the best of their knowledge and belief under penalty of perjury. The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

### *Important Instructions*

*   Fill out, read, and sign Sections 1 through 5, as directed.  Use additional pages if more space is required.

*   Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.

*   Review Section 7 and be prepared to answer these questions orally.  Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.

Section 1 – Applicant Personal Information ...............................................................................3
Section 2 – Applicant Clearance Questions ...............................................................................3
Section 3 – Description of Weapon(s) .........................................................................................5
Section 4 – CCW License Conditions and Restrictions ...........................................................6
Section 5 – Applicable California Penal Code Sections ...........................................................7
Section 6 – Agreement to Restrictions and to Hold Harmless ...............................................10
Section 7 – Investigator's Interview Notes ...............................................................................11
Section 8 – Certification and Release of Information ...............................................................14

Attachment 1 – California Prohibiting Categories for a CCW License ...................................16
Attachment 2 – California Prohibiting Misdemeanors .............................................................17
Attachment 3 – Federal Prohibiting Categories for Possessing Firearms ............................19

-2-

**Exhibit B, Page 17**

State of California, Department of Justice
## Standard Application for CCW License

| Official Use Only – Type of Permit Requested | |
|---|---|
| ( ) Standard | ( ) Judge |
| ( ) Reserve Officer | ( ) 90 Day |

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application.  I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature

Date 12-19-2008

Witness Signature / Badge Number

Date 1/21/09

## Section 1 – Applicant Personal Information

Name: Thomson          Robert          James
          Last                    First                    Middle

If Applicable
Maiden Name or other Name(s) Used: Robby , Bob

City and County
of Residence: Torrance , Los Angeles          Country of Citizenship: U.S.A

Date of Birth: 12-15-1970   Place of Birth: Harbor City, Los Angeles    CA
                                                    City              County            State

Height: 5'6"   Weight: 190   Color Eyes: Blue   Color Hair: Brown

## Section 2 – Applicant Clearance Questions

1.   **Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?**
     **No_____Yes ✓ (If yes, please indicate below.  Use additional pages if necessary.)**

**Issuing Agency** Utah          **Issue Date** 10-6-2008 **CCW#** C256808

2.   **Have you ever applied for and been denied a license to carry a concealed weapon?**
     **No X Yes_____ (If yes, give agency name, date and reason for denial.)**

-3-

State of California, Department of Justice
## Standard Application for CCW License

**Section 2 – Applicant Clearance Questions – (continued)**

3.  Have you ever held and subsequently renounced your United States citizenship?
    No ✓ Yes____ (If yes, explain):

    _____

4.  If you served with the Armed Forces, were you ever convicted of any charges or was

    your discharge other than honorable? No ✓ Yes____ (If yes, explain):

    _____

    _____

5.  Are you now, or have you been a party to a lawsuit in the last five years?
    No____ Yes ✓ (If yes, explain):
    Small claims regarding my spa. (Resolved 2008)

    _____

    _____

6.  Are you now, or have you been, under a restraining order(s) from any court?
    No ✓ Yes____ (If yes, explain):

    _____

    _____

7.  Are you on probation or parole from any state for conviction of any offense including
    traffic? No ✓ Yes____ (If yes, explain):

    _____

    _____

-4-

State of California, Department of Justice
## Standard Application for CCW License

## Section 2 – Applicant Clearance Questions – (continued)

8.    List all traffic violations (moving violations only)  and motor vehicle accidents you have had in the last five years.  (Use additional pages if necessary.)

| Date | Violation / Accident | Agency / Citation # |
|------|---------------------|---------------------|
| 7-06-2006 | 21650 V.C. | Signal Hill PD  S187066 |
| 6-29-2006 | 22349(A)V.C. | CHP        42922BJ |

9.    Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other country?

No ✓ Yes_____ (If yes, explain including date, agency, charges, and disposition.)

10.    Have you witheld any fact that might affect the decision to approve this license?

No ✓ Yes_____ (If yes, explain):

## Section 3 – Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW.  You may carry concealed only the weapon(s) which you list and describe herein, and only for the purpose indicated.  Any misuse will cause an automatic revocation and possible arrest.  (Use additional pages if necessary.)

| | Make | Model | Caliber | Serial No. |
|---|------|-------|---------|-----------|
| 1. | Glock | 22 | .40 | DKL431 US |
| 2. | Glock | 27 | .40 | HGZ 826 |
| 3. | | | | |

-5-

State of California, Department of Justice

## Standard Application for CCW License

### Section 4 – CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:
- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit.
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Pursuant to U.S. Government Code – Title 49, Chapter 26, Section 1472(1) and Federal Aviation Regulation 121.583, a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

-6-

State of California, Department of Justice
## Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections

The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:

### Penal Code Section 12051 – Applications for CCW Licenses; False Statements

(b) Any person who files an application required by subdivision (a) knowing that statements contained therein are false is guilty of a misdemeanor.

(c) Any person who knowingly makes a false statement on the application regarding any of the following shall be guilty of a felony:

    (1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to Section 12050.

    (2) A criminal conviction.

    (3) A finding of not guilty by reason of insanity.

    (4) The use of a controlled substance.

    (5) A dishonorable discharge from military service.

    (6) A commitment to a mental institution.

    (7) A renunciation of United States citizenship.

### Penal Code Section 192 – Manslaughter

Manslaughter is the unlawful killing of a human being without malice.

(a)    Voluntary – upon a sudden quarrel or heat of passion.

(b)    Involuntary – in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection; provided that this subdivision shall not apply to acts committed in the driving of a vehicle.

### Penal Code Section 197 – Justifiable Homicide; Any Person

Homicide is justifiable when committed by any person in any of the following cases:

1.    When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,

2.    When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or,

3.    When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress, or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or,

4.    When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

-7-

**Exhibit B, Page 22**

State of California, Department of Justice
## Standard Application for CCW License

## Section 5 – Applicable California Penal Code Sections – (continued)

**Penal Code Section 198 – Justifiable Homicide; Sufficiency of Fear
(Limitation of Self-defense of Property Rule)**
A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

**Penal Code Section 199 – Justifiable and Excusable Homicide; Discharge of Defendant**
The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

**Penal Code Section 12035 – Storage of Firearms Accessible to Children**
(a) As used in this section, the following definitions shall apply:
    (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.
    (2) "Child" means a person under the age of 16 years.
    (3) "Off-premises" means premises other than the premises where the firearm was stored.
    (4) "Locked container" has the same meaning as set for the in subdivision (d) of Section 12026.2.
(b) (1) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the first degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person.
    (2) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the second degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes injury, other than great bodily injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Section 417.
(c) Subdivision (b) shall not apply whenever any of the following occurs:
    (1) The child obtains the firearm as a result of an illegal entry to any premises by any person.
    (2) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
    (3) The firearm is carried on the person or within such a close proximity thereto so that the individual can readily retrieve and use the firearm as if carried on the person.
    (4) The firearm is locked with a locking device that has rendered the firearm inoperable.
    (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
    (6) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person, or persons.
    (7) The person who keeps a loaded firearm on any premise which is under his or her custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

-8-

**Exhibit B, Page 23**

State of California, Department of Justice
## Standard Application for CCW License

### Section 5 – Applicable California Penal Code Sections – (continued)

**Penal Code Section 12036 – Firearms Accessed by Children and Carried Off-premises**

(a) As used in this section, the following definitions shall apply:

  (1)  "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.

  (2)  "Child" means a person under the age of 16 years.

  (3)  "Off-premises" means premises other than the premises where the firearm was stored.

  (4)  "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.

(b) A person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premise that is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian and the child obtains access to that firearm and thereafter carries that firearm off-premises, shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($1,000), or by both that imprisonment and fine.

(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this Section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of subdivision (b) of Section 12028 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.

(d) This Section shall not apply if one of the following circumstances exists:

  (1)  The child obtains the pistol, revolver, or other firearm capable of being concealed upon the person as a result of an illegal entry into any premises by any person.

  (2)  The pistol, revolver, or other firearm capable of being concealed  upon the person is kept in a locked container or in a location that a reasonable person would believe to be secure.

  (3)  The pistol, revolver, or other firearm capable of being concealed upon the person is locked with a locking device that has rendered the firearm inoperable.

  (4)  The pistol, revolver, or other firearm capable of being concealed upon the person is carried on the person within such a close range that the individual can readily retrieve and use the firearm as if carried on the person.

  (5)  The person is a peace officer or a member of the armed forces or national guard and the child obtains the pistol, revolver, or other firearm capable of being concealed upon the person during, or incidental to, the performance of the person's duties.

  (6)  The child obtains, or obtains and discharges, the pistol, revolver, or other firearm capable of being concealed upon the person in a lawful act of self-defense or defense of another person or persons.

  (7)  The person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

-9-

State of California, Department of Justice

# Standard Application for CCW License

## Section 6 – Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 – California Prohibiting Categories for a CCW License, Attachment 2 – California Prohibiting Misdemeanors, and Attachment 3 – Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

_____
**Applicant Signature**

_____
**Witness Signature / Badge Number**          #14389

12·19·2008
_____
**Date**

1/31/09
_____
**Date**

-10-

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes

**Applicant Name:** Thomson          Robert          James
Last          First          Middle

**Date of Birth:** 12-15-1970          **Age**

**Social Security No.:** 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

**California DL/ID No.:** A1385180

**Driver's License Restrictions:** None

**Residence Address:**
16423 Haas Ave          Torrance    CA    90504
Number          Street          Apt.          City          State    Zip

**Mailing address (if different):**
same as above
Number          Street          Apt.          City          State    Zip

**Home / Personal Phone Numbers:** (424) 294-0583

**Spouse's Name and Address:** Cristina Thomson
16423 Haas Ave. Torrance  CA 90504

**Applicant Occupation:** Bail Agent

**Business / Employer Name:** Caught Up Bail Bonds

**Business Phone Number: :** (562) 756-6167

**Business Address:**
16423 Haas Ave Torrance CA 90504
Number          Street          Apt.          City          State    Zip

1. List all previous home addresses for the past five years.
439 Mitchell Ln Arroyo Grande, CA 93420
1811 S. Cabrillo Ave #3 San Pedro CA 90731
1837 W. Lincoln St Long Beach CA 90810

-11-

State of California, Department of Justice

## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

2.  Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ?  No ✓ Yes _____ (If yes, explain):

_____

_____

3.  Are you now, or have you ever been, addcited to a controlled substance or alcohol, or have you ever utilized an illgal controlled substance, or have you ever reported to a detoxification or drug treatment program?  No ✓ Yes _____ (If yes, explain):

_____

_____

4.  Have you ever been involved in an incident involving firearms?
    No ✓ Yes _____ (If yes, explain):

_____

_____

_____

5.  Have you been involved in a domestic violence incident?
    No ✓ Yes _____ (If yes, explain):

_____

_____

6.  List any arrests or formal charges, with or without disposition, for any criminal offenses with the U.S. or any other country (civilian or military).

_Not applicable._____

_____

_____

-12-

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 – Investigator's Interview Notes – (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license.  For example, has your life or property been threatened or jeopardized?  Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant desiring a CCW License (use additional sheets if needed).

See Attachment

Consumer of Affairs (Guard) Permit (Card) - 40 Hrs

Gun Permit Training - State Mandated Hrs

California DOJ Handgun Safety Certificate

Utah Concealed Firearm Permit # C256808

Valid Through 2013 ? Allows Subject To Carry Firearm To Arizona Where Property Is Owned

Reasons For:

Place of Business at Home -

Can Be In Possession of Up To $11,000 Cash At One Time; When Received From Clients, Also Collateral (Diamonds, Pink Slips, Jewelry Etc.

Has Clients In High Crime Areas

As To Norwalk Assisted w/ Arrest -

Never Been Robbed or Assaulted - No Police Reports on File.

Tries To Avoid Work at Home,

Caught Up Bail Bonds Advertised on Vehicle.

GOOD CAUSE STATEMENT

  Im a bail agent, I bail people out of jail on a daily basis, some of whom don't show up for court. When these people are tracked down and captured against their will by myself or other people licensed for fugitive recovery and under a civil contract, they are sometimes upset with their captors. For this reason, I feel that it is equally important to carry a weapon on my person to protect myself from retaliatory attacks by fugitives who still hold a grudge when released from jail or prison after sentencing. I some times have to go to bad neighborhood's to meet with clients and sign documents and I sometimes carry a lot of cash that clients pay 2,500.00 to 12,000.00.

1. I carry bail bonds over 1.6 million dollars in live bonds from 7,500.00 to 250,000.00 each bond total over 1.6 mil

This creates an exigency that shows that I need a CCW more than some regular Joe off of the street. I want to have it to protect myself and my family. I work out of my house as my office so I meet clients at their home or at an establishment ( fast food, Star Bucks, home).

penal code 12031(k) states " nothing in this section is intended to preclude the carrying a loaded firearm by any person while engaged in the act of making or attempting to make a lawful arrest" as a bail agent or bail recovery person, they may carry the loaded firearm only during the arrest itself, not before or after the arrest, need to be transported unloaded in and locked container. From the attorney general office Leslie Mc govern firearms division.

State of California, Department of Justice
## Standard Application for CCW License

### Section 8 – Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 12051(b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____          12-19-2008
**Applicant Signature**                             **Date**

_____          1/31/09
**Witness Signature / Badge Number**                 **Date**

-14-



# Attachments

State of California, Department of Justice
## Standard Application for CCW License

### *Attachment 1*

## CALIFORNIA PROHIBITING CATEGORIES FOR A CCW LICENSE
## As of January, 1999

- Persons convicted of a felony, or any offense enumerated in section 12021.1 of the Penal Code (PC).

- Persons addicted to the use of narcotics.

- Persons denied firearm possession as a condition of probation pursuant to PC section 12021(d).

- Persons convicted of a specified misdemeanor pursuant to PC section 12021(c)(1) are prohibited from purchasing or possessing firearms for 10 years (see Attachment 2).

- Juveniles adjudged wards of the juvenile court because they committed a 707(b) Welfare and Institutions Code (WIC) offense, an offense described in PC section 1203.073(b) or any offense enumerated in PC section 12021 (c)(!) are prohibited until they reach age 30.

- Persons who are subject to a protective order as defined in section 6218 of the Family Code, or a temporary restraining order or injunction issued pursuant to sections 527.6 or 527.8 of the Code of Civil Procedure.

- Persons found by a court to be a danger to others because of mental illness.

- Persons found by a court to be mentally incompetent to stand trial.

- Persons found by a court to be not guilty by reason of insanity.

- Persons adjudicated to be a mentally disordered sex offender.

- Persons placed on a conservatorship because they are gravely disabled as a result of a mental disorder or impairment by chronic alcoholism

- Persons who communicate a threat to a licensed psychotherapist, against a reasonably identifiable victim, and the psychotherapist reports to law enforcement pursuant to WIC section 8100(b), are prohibited from purchasing or possessing a firearm for 6 months.

- Persons in a mental health facility certified pursuant to WIC sections 5250, 5260, and 5270.15 are prohibited from possessing or purchasing or attempting to purchase firearms for 5 years.

- Persons who are voluntary patients in a mental facility who are determined to be a danger to self or others are prohibited from purchasing or possessing a firearm between admission and discharge.

- Persons under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year.

-16-

Exhibit B, Page 32

State of California, Department of Justice
## Standard Application for CCW License

## *Attachment 2*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

**Pursuant to Penal Code (PC) section 12021(c)(1), any person who has been convicted of a misdemeanor violation for any of the following offenses is prohibited from owning, possessing, or having under his or her custody or control any firearms within 10 years of the conviction:**

- Threatening public officers, employees and school officials (PC section 71).
- Threatening certain public officials, appointees, judges, staff or their families with the intent and apparent ability to carry out the threat (PC section 76).
- Possessing a deadly weapon with the intent to intimidate a witness (PC section 136.5).
- Threatening witnesses, victims, or informants (PC section 140).
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (PC section 148(d)).

- Unauthorized possession of a weapon in a courtroom, courthouse or court building, or at a public meeting (PC section 171(b)).
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (PC section 171c).
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers, etc. (PC section 171(d)).
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (PC section 186.28).
- Assault (PC sections 240, 241).

- Battery (PC sections 242, 243).
- Assault with a stun gun or Taber weapon (PC section 244.5).
- Assault with deadly weapon or force likely to produce great bodily injury (PC section 245).
- Assault with a deadly weapon or instrument, by any means likely to produce great bodily injury or with a stun gun or Taber on a school employee engaged in performance of duties (PC section 245.5).
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, horsecart or camper (PC section 246).

- Discharging a firearm in a grossly negligent manner (PC section 246.3).
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (PC section 247).
- Inflicting corporal injury on a spouse or significant other (PC section 273.5).
- Willfully violating a domestic protective order (PC section 273.6).

-17-

Exhibit B, Page 33

State of California, Department of Justice

## Standard Application for CCW License

## *Attachment 2 (Continued)*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

- Drawing, exhibiting, or using any deadly weapon other than a firearm (PC sections 417(a)(1), 417(a)(2)).
- Brandishing a firearm in presence of a peace officer (PC section 417.1 – repealed by stats. 1998).
- Drawing or exhibiting, selling, manufacturing, or distributing firearm replicas or imitations (PC section 417.2).
- Inflicting serious bodily injury as a result of brandishing (PC section 417.6).
- Bringing into or possessing firearms upon or within public schools and grounds (PC section 626.9).
- Stalking (PC section 646.9).

- Armed criminal action (PC section 12023).
- Possessing a deadly weapon with intent to commit an assault (PC section 12024).
- Driver or any vehicle who knowingly permits another person to discharge a firearm from the vehicle or any person who will fully and maliciously discharges a firearm from a motor vehicle (PC sections 12034(b), 12034(d)).
- Criminal possession of a firearm (PC section 12040).
- Firearms dealer who sells or transfers or gives possession of any firearm to a minor or a handgun to a person under the age of 21 (PC section 12072(b)).

- Various violations involving sales and transfers of firearms (PC section 12072(g)(3)).
- Person or corporation who sells any concealable firearm to any minor (PC section 12100(a) – repealed by stats. 1994).
- Unauthorized possession/transportation of a machine gun (PC section 12220).
- Possession of ammunition designed to penetrate metal or armor (PC section 12320).
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform, while picketing (PC section 12590).

- Bringing firearm related contraband into juvenile hall (WIC section 871.5).
- Bringing firearm related contraband into a youth authority institution (WIC section 1001.5).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious threat of physical violence against an identifiable victim (WIC section 8100).
- Providing a firearm or deadly weapon to a person described in WIC sections 8100 or 8103 (WIC section 8101).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under a conservatorship (WIC section 8103).

-18-

State of California, Department of Justice
## Standard Application for CCW License

### *Attachment 3*

## FEDERAL PROHIBITING CATEGORIES FOR POSSESSING FIREARMS
### Gun Control Act of 1968, Title 18 U.S.C. Chapter 44
### As of January, 1999

**Pursuant to Section 922, any person listed below is prohibited from possessing, shipping, transporting, or receiving any firearm, who:**

- Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

- Is a fugitive from justice.

- Is an unlawful user of or addicted to any controlled substance.

- Has been adjudicated as a mental defective or committed to a mental institution.

- Is an alien illegally or unlawfully in the United States.

- Has been discharged from the Armed Forces under dishonorable conditions.

- Having been a citizen of the United States, has renounced U.S. citizenship.

- Is subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner.

- Has been convicted in any court of a misdemeanor crime of domestic violence.

- Is under indictment for a crime punishable by imprisonment for a term exceeding one year.

- Has an out-of-state prohibitive criminal history.

- Has a prior denial on a previous National Instant Criminal Background Check System (NICS) inquiry.

-19-

DMV
STATE OF CALIFORNIA
A Public Service Agency

DRIVER'S MEDICAL EXAM DATE
12/8/08

DRIVER'S MEDICAL CERT. EXPIRES ON
12/8/10

DRIVER'S SIGNATURE
X

 **CALIFORNIA** DMV

COMMERCIAL DRIVER LICENSE      CLASS:A
EXPIRES 12-15-13      A1385180



ROBERT JAMES THOMSON
16423 HAAS AVE
TORRANCE CA 90504

SEX:M      HAIR:BLN      EYES:BLU
HT:5-06      WT:180      DOB:12-15-70

12/09/2008  608  20   FD/13

---

California Department of Justice
Handgun Safety Certificate

Turners Outdoorsman
Issuing Business Name

16574
Proctor's Signature      CFD/CI Number

FD 034

---

UTAH      C256808
DEPARTMENT OF PUBLIC SAFETY
Concealed Firearm Permit

NAME: ROBERT      JAMES      THOMSON

D.O.B.: 12/15/1970      SEX: M

ADDRESS: 16423 HAAS AVE

CITY: TORRANCE      ST: CA ZIP: 90504

DATE OF ISSUE: 10/6/2008      DATE OF EXPIRATION: 10/6/2013

HT: 507  WT: 180  EYES: BLU  HAIR: BRO

Commissioner of Public Safety:



---

BUREAU OF SECURITY & INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000

DCA      Permit For Exposed Firearm
STATE OF CALIFORNIA
DEPARTMENT OF CONSUMER AFFAIRS

ROBERT JAMES THOMSON
16423 HAAS AVE
TORRANCE CA 90504

Permit No: FQ  295465      Expiration: 01/31/10

CALIBERS 40 .45

**Must Have Valid Guard Registration Card**

Signature _____      DUPLICATE      RECEIPT NO.
00915911

---

CA  State of California  Department of Consumer Affairs

BUREAU OF SECURITY & INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000

Guard Registration

ROBERT JAMES THOMSON
16423 HAAS AVE
TORRANCE CA 90504

Registration: G  1576200      Expiration: 12/31/09

Additional Permit Required to Carry Firearm

Signature _____      RECEIPT NO.
00915912

---

BUREAU OF SECURITY & INVESTIGATIVE SERVICES
P.O. BOX 989002
WEST SACRAMENTO, CA 95798-9002
(916) 322-4000

DCA      Permit For Exposed Firearm
STATE OF CALIFORNIA  DEPARTMENT OF CONSUMER AFFAIRS

ROBERT JAMES THOMSON
16423 HAAS AVE
TORRANCE CA 90504

Permit No: FQ  295465      Expiration: 01/31/10

CALIBERS

Must Have Valid Guard Registration Card

Signature _____

**Exhibit B, Page 36**

**Bureau of Criminal Identification**

3888 West 5400 South
Salt Lake City, Ut.
84118

To verify the validity
of this permit for law
enforcement purposes
only. contact:
801-965-4446

For all other
questions regarding
Concealed Firearm
Permits please call
801-965-4445

CALIFORNIA STATE DEPARTMENT OF INSURANCE

## BAIL AGENT
## IDENTIFICATION CARD

**LICENSE NUMBER:**   1844310

**LICENSEE NAME:** ROBERT JAMES THOMSON

This card is valid only while bail license is in force. For verification of license
status contact the Department of Insurance at www.insurance.ca.gov or call
(916) 322-3555/(800) 967-9331.

3318
(Rev. 2/04)

*Keith W. Kuzmich*
Deputy Insurance Commissioner

08-28-2007
DATE



```
PAGE 01  12/30/08  08:19:06 TCOQ PRINT REQUESTED BY TERMINAL TCO2
TO: TCO2  FROM: CLETS                12/30/08  08:19:00
4TOR0TCO2C.ID

DATE:12-30-08*TIME:08:18*

DMV RECORD FOR LAW ENFORCEMENT USE ONLY

DL/NO:A1385180*B/D:12-15-1970*NAME:THOMSON ROBERT JAMES*
MAIL ADDR AS OF 12-09-08:16423 HAAS AVE TORRANCE 90504*
OTH/ADDR AS OF 04-01-04:439 MITCHELL LN ARROYO GRANDE *
AKA:THOMSPON ROBERT JAMES*

IDENTIFYING INFORMATION:

SEX:MALE*HAIR:BLOND*EYES:BLU*HT:5-06*WT:180*

LIC/ISS:12-09-08*EXPIRES:12-15-13*RBM1*CLASS:A COMMERCIAL*
ENDORSEMENTS:NONE*
MEDICAL EXAM EXP:12-08-10**

LATEST APP:


DL TYPE:RBM WITH NEW PHOTO*ISS/DATE: 12-09-08*OFFICE: TOR*BATES:POL*


ORGAN AND TISSUE DONOR: NO   UPDATED:12-09-08
LICENSE STATUS:
  VALID*
COMMERCIAL LICENSE STATUS:
  VALID*

DEPARTMENTAL ACTIONS:

NONE

CONVICTIONS:
VIOL/DT   CONV/DT   SEC/VIOL   DKT/NO          DISP     COURT   VEH/LIC

01-10-06  07-06-06  21650  VC  S187066         B        19460   4RNR719

DMV POINT COUNT 1


03-02-06  06-29-06  22349A VC  42922BJ         B        37465   4RNR719

DMV POINT COUNT 1


FAILURES TO APPEAR:
NONE

ACCIDENTS:
NONE

END
```

```
PAGE 01  12/30/08  08:20:32 TCOQ PRINT REQUESTED BY TERMINAL TCO2
TO: TCO2   FROM: CWS        IW       12/30/08  08:20:12
*INFO* -  THOMPSON ROBERT JAM  NO HIT
```

```
PAGE 02
TO: TCO2   FROM: CLETS              12/30/08  08:20:12
4TOR0TCO2D.IW
CA0197200   RE: QW.CA0197200.NAM/THOMPSON,ROBE
NO MATCH NAM FIELD
NO WANTS
*********** END OF WPS MESSAGE **********
```

```
PAGE 03
TO: TCO2  FROM: CLETS            12/30/08  08:20:13
4TOR0TCO2D.IB
8YYX.CA0197200
RE: QRR.CA0197200.NAM/THOMPSON,ROBERT JAMES.DOB/19701215.SEX
NO MATCH NAM FIELD
NO RESTRAINING ORDERS
********** END OF DVROS MESSAGE **********
```

**Exhibit B, Page 43**

```
PAGE 04
TO: TCO2   FROM: CLETS              12/30/08  08:20:13
4TOR0TCO2D.IR
CA0197200   RE: QVC.CA0197200.NAM/THOMPSON,ROBERT JAMES.SEX/M.DOB/197012
NO MATCH NAM FIELD
NO SUPERVISED RELEASE RECORDS
CHECKING NCIC
******** END OF SUPERVISED RELEASE FILE MESSAGE ********
```

**Exhibit B, Page 44**

```
PAGE 05
TO: TCO2   FROM: NCIC              12/30/08  08:20:14
4TOR0TCO2D.IJ
1L01
CA0197200

NO NCIC WANT NAM/THOMPSON,ROBERT JAMES DOB/19701215 SEX/M
***MESSAGE KEY QWA SEARCHES ALL NCIC PERSONS FILES WITHOUT LIMITATIONS.
```

STATE OF CALIFORNIA
DEPARTMENT OF JUSTICE
Bureau of Criminal Identification and Information
P.O. Box 903417
Sacramento, CA 94203-4170

DATE: 01/09/2009


          CAPDTORRANCE
          3300  CIVIC CENTER DRIVE
          TORRANCE CA 90503


RE: FINGERPRINTS SUBMITTED TO THE FBI - NO RECORD

APP ORI:               CA0197200
APP NAME:              ROBERT JAMES THOMSON
APP TYPE:              STANDARD CCW
APP TITLE:             CCW
APP SERVICE REQUESTED: CA/FBI/FIREARM
OCA:                   550591084
SID:                   H022979605
DOB:                   12/15/1970
SSN:                   550591084
CDL:                   A1385180
ATI:                   I009THR598
OATI:
DATE SUBMITTED:        01/09/2009
SCN #:                 W07C0090003

APP ADDRESS:           16423 HAAS AVE TORRANCE CA 90504

****
Based upon a fingerprint search of records contained in the Federal Bureau of
Investigation files, there is no out-of-state or federal criminal history
information on the above named individual that meets dissemination criteria
pursuant to California law.

*** THIS RESPONSE DOES NOT CONSTITUTE A COMPLETE FIREARMS
ELIGIBILITY CLEARANCE UNTIL COMBINED WITH THE FORTHCOMING D.O.J.
FIREARMS DIVISION ELIGIBILITY CLEARANCE RESPONSE. ***


Electronic Response Code: 05938
Fax Address:              3106185710

JAN-09-2009 FRI 10:03 AM Calif Dept of Justic                           P. 02

*EDMUND G. BROWN JR.*
*Attorney General*

 *State of California*
*DEPARTMENT OF JUSTICE* 

## FAX TRANSMISSION COVER SHEET

IMPORTANT/CONFIDENTIAL: This communication is intended only for the use of the individual or entity to which it is addressed. This message contains information from the State of California, Attorney General's Office, which may be privileged, confidential and exempt from disclosure under applicable law. If the reader of this communications is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited.

**DATE:** Friday, January 09, 2009    **TIME:** 10:03:09 AM    **NO. OF** _____2_____
(INCLUDING COVER SHEET)

**TO:** (.20090109095755_27:34701.)

**NAME:** _____

**OFFICE:** _____

**LOCATION:** _____

**FAX NO:** 13106185710          **PHONE NO.:** _____

**FROM:**

**NAME:** State of California Department of Justice

**OFFICE:** Applicant Program

**LOCATION:** Sacramento, CA 95820

**FAX NO:** _____    **PHONE NO.:** (916)227-3823

### MESSAGE/INSTRUCTIONS

### PLEASE DELIVER AS SOON AS POSSIBLE!
FOR ASSISTANCE WITH THIS FAX, PLEASE CALL THE SENDER

JUS 133 (6/96)

JAN-09-2009 FRI 10:03 AM Calif Dept of Justic                    P. 01

**Exhibit B, Page 47**

November 13, 2009

Cristina Thomson
16423 Haas Ave
Torrance CA 90504

CITY OF TORRANCE

2009 NOV 16  AM 10: 25

Chief John Neu
Torrance Police Department
3300 Civic Center Dr. N
Torrance CA 90503

Dear Chief Neu,

I am writing to request a copy of your CCW policy and an application for a CCW permit.

Sincerely,

Cristina Thomson

**Exhibit B, Page 48**

Cristina Thomson
16423 Haas Ave
Torrance CA 90504



  

U.S. POSTAGE
PAID
GARDENA, CA
90247
NOV 13 '09
AMOUNT
$5.54
000-49481-16

7009 1680 0000 2597 8084   1000   90503

RETURN RECEIPT
REQUESTED

Chief John Neu
Torrance Police Dept.
3300 Civic Center Dr. N
Torrance CA 90503

RETURN RECEIPT
REQUESTED

90503+5056



**City of Torrance, Police Department**
# Confidential FAX Report Cover

## CONFIDENTIALITY NOTICE:

This FAX may contain confidential information.  If you are not the intended recipient, be advised that any disclosure or copying of this information is prohibited.  If you believe you have received this FAX in error, please call (310) 618-5737 immediately for instructions or to arrange for the return of this material.

*Thank you for your cooperation.*

Date: 4/1/09

Number of pages (including cover sheet): 2

TO: ~~Lt.~~ Gwynn

Phone: (   )
Fax:  (916) 263-0790

FROM: Det. S. Barlow

Phone: (310) 618- 5628
Fax:  (310) 212-6909

Copy:

REMARKS:   ☐ Urgent   ☐ For your review   ☐ Reply ASAP   ☐ Please
comment

TPD 160  (Rev. 11/99)

**Exhibit B, Page 50**



# C I T Y   O F
# TORRANCE

POLICE DEPARTMENT

JOHN J. NEU
CHIEF OF POLICE

April 1, 2009

Mr. Robert J. Thomson
16423 Haas Avenue
Torrance, CA  90504

RE:  Application for a Carry Concealed Weapons Permit

Dear Mr. Thomson:

A thorough investigation has been conducted based on your application for a Carry Concealed Weapons Permit. Based on my review and investigation of your application, your request is denied. This denial is based on my determination that you have failed to prove at least one or more of legal requirements to obtain a CCW Permit: you are a person of good moral character; good cause exists for the issuance of the license; you are currently a resident of the City of Torrance; you have completed the required training course.

The Chief of Police is given the discretion for the issuance of CCW permits. This authority is outlined in the California Penal Code Section 12050(B). This decision is final and no appeal can be made.

If you have any questions regarding my decision, you may contact Lieutenant Devin Chase at (310) 618-5712 within 15 days of receipt of this letter.

Sincerely,

John J. Neu
Chief of Police

JJN: ml

**Exhibit B, Page 51**

CHIEF OF POLICE
CITY OF TORRANCE

2009 APR 13  AM 8:28

4/3/2009
8:28:46 PM

Caught Up Bail Bonds
Robert J. Thomson
16423 Haas Ave.
Torrance, California
90504
562-756-6167

John J. Neu
Chief of Police
City of Torrance

RE: Application for a Carry Concealed Weapons Permit

Dear Mr. John J. Neu,

I would like for you to reconsider your decision regarding the issuing of a CCW permit.

Please advise at your earliest convenience.

Sincerely,

Robert J. Thomson
Caught Up Bail Bonds