

# CITY OF
# TORRANCE

POLICE DEPARTMENT

JOHN J. NEU
CHIEF OF POLICE

April 5, 2011

Robert James Thomson
16423 Haas Avenue
Torrance, CA  90504

Re:  **Application for a Carry Concealed Weapons Permit**

Dear Mr. Thomson:

A thorough investigation has been conducted based on your application for a Carry Concealed Weapons Permit. Based on my review and investigation of your application, your request is denied. This denial is based on my determination that you have failed to prove at least one or more of legal requirements to obtain a CCW Permit: you are a person of good moral character; good cause exists for the issuance of the license; you are currently a resident of the City of Torrance; you have completed the required training course.

The Chief of Police is given the discretion for the issuance of CCW permits. This authority is outlined in the California Penal Code Section 12050(B). This decision is final and no appeal can be made.

If you have any questions regarding my decision, you may contact Lieutenant Mike Jezulin at (310) 618-5712 within 15 days of receipt of this letter.

Sincerely,

John J. Neu
Chief of Police

JJN: ml



# Torrance Police Department

General Case Report for Incident 110030361

| | |
|---|---|
| **Occurred Between:** 09:57:38 05/31/2011 **and** 09:57:38 05/31/2011 | **Case Status:** ACT (Active ) |
| **When Reported:** 09:57:38 05/31/2011 | **Status Date:** 05/31/2011 |
| **Area:** S27L                     **Report Type:** () | |
| **Location:** 3300 CIVIC CENTER DR; -TORRANCE PD Torrance, CA 90503 | |
| **Responsible Officer:** | |

**Status: Applicant :**

**Name:** Thomson, Robert J.

**Home Address:** 16423 HAAS AVE Torrance, CA 90504      **Home Phone:** (310)619-0019

**DOB:** 12/15/1970   **AGE:** 40     **SEX:** M      **RACE:** W      **HEIGHT:** 5'06"    **WEIGHT:** 185

**Business Addr:** 16423 Haas Ave, Torrance CA 90504      **Bus. Phone:** (310)320-2245

**Exhibit C, Page 54**

 **Torrance Police Department Intelligence Detail**
# Concealed Weapon Permit Interview
### Detective Scott Bargar #14389

To:
**Lieutenant Michael Jezulin**
Commander, Vice and Narcotics Division

Date:
**07 February 2011**

From:
**Detective Scott Bargar**
Intelligence Section

Subject:
**Robert James Thomson**
16423 Haas Ave, Torrance CA 90504
CDL: A1385180
DOB: 12-15-1970
Phone: (310) 619-0019

On 23 December 2008, Robert Thomson applied for a CCW permit through the Torrance Police Department. All paper work was completed and a complete background investigation was conducted. All paperwork was submitted to Chief John Neu for review and final consideration. On 01 April 2009, Mr. Thomson's application was denied.

On 19 December 20110, Robert Thomson again applied for a CCW permit. All paperwork appeared to be complete and in order. On 29 December 2010, I (Detective Bargar) met at the Torrance Police Department with Mr. Thomson in regards to his application.

Mr. Thomson stated that his personal information and employment have not changed since filing his last application, only adding that he has obtained office space for his business "Caught Up Bail Bonds" at 2309 Torrance Blvd. #205, Torrance CA., 90503.

Mr. Thomson reiterated that his schedule varies, but is available 24/7, including weekends and holidays. Mr. Thomson continued to state with the occupation as Bail Agent and the reason's stated on his previous application, create an exigency that shows a need for the issuance of a CCW.

As stated in his previous application, Mr. Thomson said he bails people out of jail on a daily basis, some who eventually don't show up for court. Mr. Thompson said when

**Exhibit C, Page 55**

these people are tracked down and captured against their will by him or other people licensed for fugitive recovery and under a civil contract, they are often upset with their captors. Mr. Thomson feels it is equally important to carry a weapon on his person to protect himself from retaliatory attacks by fugitives who may still hold a grudge when released from jail or prison after sentencing. Mr. Thomson also said at times he has to venture into bad neighborhoods to meet with clients and sign documents, and at times leaves these meetings with large amounts of cash that has been received to secure a bond.

While interviewing Mr. Thomson on 21 January 2009 (previous application), he said he had one incident in a high crime area where he was going to meet a client's family, and the man who answered the door was holding a firearm. Mr. Thomson also stated on one occasion he needed the assistance of LASD – Norwalk Station to help him affect an arrest on a violent subject who had a bail warrant.

While interviewing Mr. Thomson 29 December 2010, he stated he had an incident that took place approximately four months ago at 11818 Main St., Los Angeles that caused him great fear for his safety. Mr. Thomson said on occasion he will assist his wife who works in Real Estate. On this particular day Mr. Thomson was doing a "Re Key" or "Change of Locks" at the above listed property when he was confronted by the tenants who had been evicted from the property and other local residents at the complex. The former tenants and neighbors began threatening to cause physical harm to Mr. Thomson and then began throwing household items at him. In fear of his safety, Mr. Thomson was forced to contact LAPD who stood by the location while he performed the "Re Key". Mr. Thomson said he recently attempted to contact LAPD records for an incident number to the above listed incident with negative results.

Mr. Thomson further stated that he has not been threatened, nor had any security concerns, within the Torrance Police Department's jurisdiction. Mr. Thomson also stated that he has never been physically assaulted or robbed during the course of his duties, nor has he ever had to file a report with any police agencies in regards to threats made against him or his family. Mr. Thomson said if he talks with a potential client or family members of a potential client, and feels there is any type of risk monetarily or safety wise, he simply refuses to take the case. Mr. Thomson made very clear to this investigator that he understands there are risks that go with his occupation and he evaluates every bond with safety in mind, but his concerns are the "unforeseen" and "what ifs" that go along with the job.

I (Detective Bargar) again questioned Mr. Thomson about the right to carry a firearm in the course of his work duties. Mr. Thomson was clearly educated about 12031 (k) PC, which states he is only allowed to carry a firearm in the act of making or attempting to make a lawful arrest, and not before or after the arrest. Mr. Thomson also said he was aware that a firearm needed to be transported unloaded and in a locked container.

Mr. Thomson does posses a valid CCW from the state of Utah, that expires in the year 2013 (CCW #C256808, see attached) and currently owns a registered Glock Model 22, 40 caliber handgun (serial # DKL431US), and a Glock Model 27, 40 caliber handgun (serial # HGZ826) that he trains and shoots with on a routine basis. Mr. Thomson has also successfully attended and completed the California Department of Justice Handgun Safety Course. (See applicant package)

Mr. Thomson stated he has never been treated for any type of mental illness, nor is there any evidence of controlled substance or alcohol abuse. The Intel Section also found no arrest history involving Mr. Thomson.

Pursuant to Torrance Police Department General Order 3.31.1 (B) (1), my investigation revealed:
(a) The Applicant appears to be of good moral character.
(b) The applicant has no prior convictions of a felony or any other crime that indicates moral turpitude.
(c) I was unable to determine/identify any specific or credible threats to the applicant.
(d) The applicant is a bona fide resident of the City of Torrance.
(e) The applicant has successfully completed a designated course of training in the carrying, safety, and use of firearms.


To be forwarded to the office of the Chief of Police for final consideration.


 Detective Scott Bargar
Intelligence Section

California Department of Justice



# STANDARD APPLICATION
# FOR LICENSE TO CARRY
# A CONCEALED WEAPON (CCW)

BCIA 4012 (6/99)

California Department of Justice
# STANDARD APPLICATION
for
# LICENSE TO CARRY A CONCEALED WEAPON (CCW)

## Authority

California Penal Code (PC) sections 12050 through 12054 provide that a sheriff of a county or the chief or other head of a municipal police department of any city or city and county may issue a license to carry a pistol, revolver, or other firearm capable of being concealed upon the person (CCW license). PC section 1205 1 (a)(3)(A) requires the Attorney General to prescribe a statewide standard application form for a CCW license.

## Who May be Issued a License

The licensing authority specified in PC section 12050(a)(1) (a sheriff or head of a municipal police department) may issue a license to persons who are of good moral character, who have completed a course of training, and where good cause exists for issuance of the CCW license. **All applicants for a CCW will be fingerprinted and state records will be checked to determine if they are in a prohibiting class. Attachments 1 2 and 3 (following page 14 of this application) list all categories that would cause a person to be in a class prohibiting them from possessing firearms and being granted a CCW license. These attachments are updated annually to reflect new legislation and other changes in the law.**

## Format of CCW License

A CCW license may be issued in either of the following formats:

1.  A license to carry concealed, a pistol, revolver, or other firearm capable of being concealed upon the person.
2.  Where the population of the county is less than 200,000 persons according to the most recent federal decennial census, a license to carry loaded and exposed in that county a pistol, revolver, or other firearm capable of being concealed upon the person.

## Training Required

PC section 12050(a)(1)(B) and (E) specifies that new license applicants must complete a course of training. The training may consist of any course acceptable to the licensing authority. The licensing authority may require either a course not to exceed 16 hours which includes instruction on at least firearms safety and the law regarding the permissible use of a firearm or a community college course not to exceed 24 hours certified by the Commission on Peace Officer Standards and Training. If the licensing authority requires the community college course, it must be uniformly required for all CCW license applicants. The licensing authority may also require annual qualification on the weapon(s) during the term for which the CCW license is granted.

For license renewal applicants, the course of training may be any course acceptable to the licensing authority, shall be no less than four hours in length, and shall include instruction on at least firearm safety and the law regarding permissible use of a firearm.

**Exhibit C, Page 59**

State of California, Department of Justice
# Standard Application for CCW License

## Psychological Testing

In addition to licensing requirements as specified by the licensing authority, may require psychological testing on the initial application. If required, the applicant shall be referred to a licensed psychologist used by the licensing authority for the psychological testing of its own employees. Any fees charged will be the responsibility of the applicant and such fees shall not exceed $150.00 for an initial test. Additional psychological testing of an applicant seeking license renewal shall be required only if there is compelling evidence to indicate that a test is necessary (PC section 12054(c)).

## Completing the Application

Answering all the questions on this standard application does not guarantee the issuance of a CCW license. The determination whether or not to issue the license is the prerogative of the licensing authority. Each licensing authority, in addition to using the state standard application form, will have a written policy summarizing what they require pursuant to PC section 12050(a)(1)(A) and (B). Prior to issuing a CCW, the statutes require proof that:

- The applicant is of good moral character,
- Good cause exists to issue the CCW license,
- The applicant meets residence requirements, and
- The course of training prescribed by the licensing authority has been completed.

The application on the following pages sets forth standardized questions to be used by the CCW licensing authority to determine whether a CCW license shall be issued. The applicant shall not be required to complete any additional application or form for a CCW license, or to provide any information other than that necessary to complete this standard application form except to clarify or interpret information provided herein (PC section 1205 1 (a)(3)(C)).

The applicant will certify that all answers provided are true and correct to the best of their knowledge and belief under penalty of perjury. The applicant will also acknowledge that information disclosed on this application may be subject to public disclosure.

## *Important Instructions*

• Fill out, read, and sign Sections 1 through 5, as directed. Use additional pages if more space is required.

• Sections 6, 7, and 8 must be completed in the presence of an official of the licensing agency.

• Review Section 7 and be prepared to answer these questions orally. Do not write anything in Section 7 unless specifically directed to do so by the licensing agency.

Section 1 - Applicant Personal Information ---------------------------------------------------- 3
Section 2 - Applicant Clearance Questions ---------------------------------------------------- 3
Section 3 - Description of Weapon(s) ----------------------------------------------------------- 5
Section 4 - CCW License Conditions and Restrictions ------------------------------------------ 6
Section 5 - Applicable California Penal Code Sections ----------------------------------------- 7
Section 6 - Agreement to Restrictions and to Hold Harmless ---------------------------------- 10
Section 7 - Investigator's Interview Notes --------------------------------------------------- 11
Section 8 - Certification and Release of Information ------------------------------------------ 14

Attachment 1 - California Prohibiting Categories for a CCW License --------------------------- 16
Attachment 2 - California Prohibiting Misdemeanors ------------------------------------------ 17
Attachment 3 - Federal Prohibiting Categories for Possessing Firearms ----------------------- 19

-2-

**Exhibit C, Page 60**



# Attachments

State of California, Department of Justice

## Standard Application for CCW License

Official Use Only -Type of Permit
Requested ( ) Standard     ( ) Judge
             ( ) Reserve Officer ( ) 90 Day

## Public Disclosure Admonition

I understand that I am obligated to be complete and truthful in providing information on this application. I understand that all of the information disclosed by me in this application may be subject to public disclosure.

Applicant Signature                                    *#14389*                     Date   12-19-2010

Witness Signature - Badge Number                                                   Date   12/29/10

## Section 1 - Applicant Personal Information

Name:  *Thomson*          *Robert*          *James*
          Last                    First              Middle

If Applicable,
Maiden Name or Other Name(s) Used:  *Robby, Bob*

City and County
of Residence:  *Torrance, Los Angeles*          Country of Citizenship:  *U.S.A.*

Date of Birth: *12-15-1970*   Place of Birth:  *Harbor City*,  *Los Angeles*,  *CA*
                                                      City              County          state

Height:  *5'6*    Weight: *185*    Color Eyes: *Blue*    Color Hair: *Brown*

## Section 2 - Applicant Clearance Questions

1.  Do you now have, or have you ever had a license to carry a concealed weapon (CCW)?
    No_____ Yes __✓__ (If yes, please indicate below. Use additional pages if necessary.)

Issuing Agency  *Utah*          Issue Date *10-6-2008* CCW# *C256808*

2.  Have you ever applied for and been denied a license to carry a concealed weapon?
    No_____ Yes __✓__ (If yes, give agency name, date and reason for denial.)

*April 1, 2009    See Attachment*

-3-

Exhibit C, Page 62

State of California, Department of Justice
## Standard Application for CCW License

### Section 2 - Applicant Clearance Questions -   (continued)

3.  Have you ever held and subsequently renounced your United States citizenship?
    No ___✓___ Yes_____ (If yes, explain):
    _____

4.  If you served with the Armed Forces, were you ever convicted of any charges or was
    your discharge other than honorable? No ___✓___ Yes _____ (If yes, explain):
    _____
    _____

5.  Are you now, or have you been, a party to a lawsuit in the last rive years?
    No_____Yes ___✓___ (If yes, explain):
    Small claim regarding my SPA (Resolved 2008)
    _____
    _____
    _____

6.  Are you now, or have you been, under a restraining order(s) from any court?
    No ___✓___Yes_____ (If yes, explain):
    _____
    _____

7.  Are you on probation or parole from any state for conviction of any offense including
    traffic? No ___✓___ Yes _____ (If yes, explain):
    _____
    _____

-4-

State of California, Department of Justice
## Standard Application for CCW License

### Section 2 . Applicant Clearance Qu

27 315 (d) (1)
seat beet

8. List all traffic violations (moving violati          nts you have had in the last
   five years. (Use additional pages if ne

| Date | Violation / Accident | Agency / Citation # |
|------|---------------------|---------------------|
| 7-6-2006 | 21650 V.C. | Signal Hill PD  5187066 |
| 6-29-2006 | 22349 (A) V.C. | CHP  4292285 |
| 4-28-2010 | 27315 (d)(1) V.C. | Gardena  G 215190 |

9. Have you ever been convicted for any criminal offense (civilian or military) in the U.S. or any other
   country?
   No ✓ Yes_____ (If yes, explain including date, agency, charges, and disposition.)

10. Have you withheld any fact that might affect the decision to approve this license?
    No ✓ Yes_____ (If yes, explain):

### Section 3 . Descriptions of Weapons:

List below the weapons you desire to carry if granted a CCW. You may carry concealed only the weapon(s)
which you list and describe herein, and only for the purpose indicated. Any misuse will cause an automatic
revocation and possible arrest. (Use additional pages if necessary.)

| | Make | Model | Caliber | Serial No. |
|---|------|-------|---------|-----------|
| 1. | Glock | 22 | .40 | DKL431 US |
| 2. | Glock | 27 | .40 | HGZ 826 |
| 3. | | | | |

-5-

State of California, Department of Justice
## Standard Application for CCW License

## Section 4 - CCW License Conditions and Restrictions

The licensee is responsible for all liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit, or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

The licensee authorizes the licensing agency to investigate, as they deem necessary, the licensee's record and character to ascertain any and all information which may concern his/her qualifications and justification to be issued a license to carry a concealed weapon and release said agency of any and all liability arising out of such investigation.

While exercising the privileges granted to the licensee under the terms of this license, the licensee shall not, when carrying a concealed weapon:
- Consume any alcoholic beverage.
- Be in a place having a primary purpose of dispensing alcoholic beverages for on-site consumption.
- Be under the influence of any medication or drug, whether prescribed or not.
- Refuse to show the license or surrender the concealed weapon to any peace officer upon demand.
- Impede any peace officer in the performance of his/her duties.
- Present himself/herself as a peace officer to any person unless he/she is, in fact, a peace officer as defined by California law.
- Unjustifiably display a concealed weapon.
- Carry a concealed weapon not listed on the permit
- Carry a concealed weapon at times or circumstances other than those specified in the permit.

Pursuant to U.S. Government Code - Title 49, Chapter 26, Section 1472 (1) and Federal Aviation Regulation 121.583, a license to carry a concealed weapon does not authorize a person to carry a firearm, tear gas, or any dangerous weapon aboard commercial airlines. Further, a person must declare that he/she is carrying such firearm, tear gas, or dangerous weapon BEFORE entering the boarding area of an air terminal where the security checks are made. Such violation can result in arrest by law enforcement.

Any violation of these restrictions or conditions may invalidate the CCW license and may void any further use of the license until reinstated by the licensing authority. Any arrest for a felony or serious misdemeanor, including driving under the influence of alcohol and/or drugs, is cause for invalidating the license.

-6-

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 - Applicable California Penal Code Sections

The following Penal Code sections are of special importance to the holder of a CCW license regarding the use, carrying, and storage of firearms:

Penal Code Section 12051 - Applications for CCW Licenses; False Statements

(b) Any person who files an application required by subdivision (a) knowing that statements contained therein are false is guilty of a misdemeanor.

(c) Any person who knowingly makes a false statement on the application regarding any of the following shall be guilty of a felony:

   (1) The denial or revocation of a license, or the denial of an amendment to a license, issued pursuant to Section 12050.

   (2) A criminal conviction.

   (3) A finding of not guilty by reason of insanity.

   (4) The use of a controlled substance.

   (5) A dishonorable discharge from military service.

   (6) A commitment to a mental institution.

   (7) A renunciation of United States citizenship.

**Penal Code Section 192 - Manslaughter**
Manslaughter is the unlawful killing of a human being without malice.

(a) Voluntary - upon a sudden quarrel or heat of passion.

(b) Involuntary - in the commission of an unlawful act, not amounting to a felony; or in the commission of a lawful act which might produce death, in an unlawful manner, or without due caution and circumspection; provided that this subdivision shall not apply to acts committed in the driving of a vehicle.

**Penal Code Section 197 - Justifiable Homicide; Any Person**
Homicide is justifiable when committed by any person in any of the following cases:

1. When resisting any attempt to murder any person, or to commit a felony, or to do some great bodily injury upon any person; or,

2. When committed in defense of habitation, property, or person, against one who manifestly intends or endeavors, by violence or surprise, to commit a felony, or against one who manifestly intends and endeavors, in a violent, riotous or tumultuous manner, to enter the habitation of another for the purpose of offering violence to any person therein; or,

3. When committed in the lawful defense of such person, or of a wife or husband, parent, child, master, mistress, or servant of such person, when there is reasonable ground to apprehend a design to commit a felony or to do some great bodily injury, and imminent danger of such design being accomplished; but such person, or the person in whose behalf the defense was made, if he was the assailant or engaged in mutual combat, must really and in good faith have endeavored to decline any further struggle before the homicide was committed; or,

4. When necessarily committed in attempting, by lawful ways and means, to apprehend any person for any felony committed, or in lawfully suppressing any riot, or in lawfully keeping and preserving the peace.

-7-

**Exhibit C, Page 66**

State of California, Department of Justice
# Standard Application for CCW License

## Section 5 - Applicable California Penal Code Sections -    (continued)

**Penal Code Section 198 - Justifiable Homicide; Sufficiency of Fear**
**(Limitation of Self-defense of Property Rule)**
A bare fear of the commission of any of the offenses mentioned in subdivisions 2 and 3 of Section 197, to prevent which homicide may be lawfully committed, is not sufficient to justify it. But the circumstances must be sufficient to excite the fears of a reasonable person, and the party killing must have acted under the influence of such fears alone.

**Penal Code Section 199 - Justifiable and Excusable Homicide; Discharge of Defendant**
The homicide appearing to be justifiable or excusable, the person indicted must, upon his trial, be fully acquitted and discharged.

**Penal Code Section 12035 - Storage of Firearms Accessible to Children**
(a) As used in this section, the following definitions shall apply:
    (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.
    (2) "Child" means a person under the age of 16 years. (3) "Off-premises" means premises other than the premises where the firearm was stored.
    (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.
(b)(1) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the first degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child parent or legal guardian and the child obtains access to the firearm and thereby causes death or great bodily injury to himself, herself, or any other person.
    (2) Except as provided in subdivision (c), a person commits the crime of "criminal storage of a firearm of the second degree" if he or she keeps any loaded firearm within any premise which is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to the firearm without the permission of the child's parent or legal guardian and the child obtains access to the firearm and thereby causes injury, other than great bodily injury, to himself, herself, or any other person, or carries the firearm either to a public place or in violation of Section 417.
(c) Subdivision (b) shall not apply whenever any of the following occurs:
    (1) The child obtains the firearm as a result of an illegal entry to any premises by any person.
    (2) The firearm is kept in a locked container or in a location that a reasonable person would believe to be secure.
    (3) The firearm is carried on the person or within such a close proximity thereto so that the individual can readily retrieve and use the firearm as if carried on the person.
    (4) The firearm is locked with a locking device that has rendered the firearm inoperable.
    (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the firearm during, or incidental to, the performance of the person's duties.
    (6) The child obtains, or obtains and discharges, the firearm in a lawful act of self-defense or defense of another person, or persons.
    (7) The person who keeps a loaded firearm on any premise which is under his or her custody or control has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premise.

-8-

Exhibit C, Page 67

State of California, Department of Justice
## Standard Application for CCW License

### Section 5 - Applicable California Penal Code Sections -    (continued)

**Penal Code Section 12036 -Firearms Accessed by Children and Carried Off-premises**

(a) As used in this section, the following definitions shall apply:

    (1) "Locking device" means a device that is designed to prevent the firearm from functioning and when applied to the firearm, renders the firearm inoperable.

    (2) "Child" means a person under the age of 16 years. (3) "Off-premises" means premises other than the premises where the firearm was stored.

    (4) "Locked container" has the same meaning as set forth in subdivision (d) of Section 12026.2.

(b) A person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person, loaded or unloaded, within any premise that is under his or her custody or control and he or she knows or reasonably should know that a child is likely to gain access to that firearm without the permission of the child's parent or legal guardian and the child obtains access to that firearm and thereafter carries that firearm off-premises, shall be punished by imprisonment in a county jail not exceeding one year, by a fine not exceeding one thousand dollars ($ 1,000), or by both that imprisonment and fine.

(c) A pistol, revolver, or other firearm capable of being concealed upon the person that a child gains access to and carries off-premises in violation of this Section shall be deemed "used in the commission of any misdemeanor as provided in this code or any felony" for the purpose of subdivision (b) of Section 12028 regarding the authority to confiscate firearms and other deadly weapons as a nuisance.

(d) This Section shall not apply if any one of the following circumstances exists:

    (1) The child obtains the pistol, revolver, or other firearm capable of being concealed upon the person as a result of an illegal entry into any premises by any person.

    (2) The pistol, revolver, or other firearm capable of being concealed upon the person is kept in a locked container or in a location that a reasonable person would believe to be secure.

    (3) The pistol, revolver, or other firearm capable of being concealed upon the person is locked with a locking device that has rendered the firearm inoperable.

    (4) The pistol, revolver, or other firearm capable of being concealed upon the person is carried on the person within such a close range that the individual can readily retrieve and use the firearm as if carried on the person.

    (5) The person is a peace officer or a member of the armed forces or national guard and the child obtains the pistol, revolver, or other firearm capable of being concealed upon the person during, or incidental to, the performance of the person's duties.

    (6) The child obtains, or obtains and discharges, the pistol, revolver, or other firearm capable of being concealed upon the person in a lawful act of self-defense or defense of another person or persons.

    (7) The person who keeps a pistol, revolver, or other firearm capable of being concealed upon the person has no reasonable expectation, based on objective facts and circumstances, that a child is likely to be present on the premises.

-9-

Exhibit C, Page 68

State of California, Department of Justice
## Standard Application for CCW License

### Section 6 - Agreement to Restrictions and to Hold Harmless

I accept and assume all responsibility and liability for, injury to, or death of any person, or damage to any property which may result through any act or omission of either the licensee or the agency that issued the license. In the event any claim, suit or action is brought against the agency that issued the license, its chief officer or any of its employees, by reason of, or in connection with any such act or omission, the licensee shall defend, indemnify, and hold harmless the agency that issued the license, its chief officer or any of its employees from such claim, suit, or action.

I understand that the acceptance of my application by the licensing authority does not guarantee the issuance of a license and that fees and costs are not refundable if denied. I further understand that if my application is approved and I am issued a license to carry a concealed weapon, that the license is subject to restrictions placed upon it and that misuse of the license will cause an automatic revocation and possible arrest and that the license may also be suspended or revoked at the discretion of the licensing authority at any time. I am aware that any use of a firearm may bring criminal action or civil liability against me.

I have read, understand, and agree to the CCW license liability clauses, conditions, and restrictions stated in this Application and Agreement to Restrictions and to Hold Harmless.

I have read and understand the applicable Penal Code sections regarding False Statements on a CCW Application, Manslaughter, Killing in Defense of Self or Property, Limitation on Self-defense and Defense of Property, and Child Access and Firearm Storage, stated in this application.

I have read and understand Attachment 1 - California Prohibiting Categories for a CCW License, Attachment 2 - California Prohibiting Misdemeanors, and Attachment 3 - Federal Prohibiting Categories for Possessing Firearms. I further acknowledge that these Prohibiting Categories can be amended or expanded by state or federal legislative or regulatory bodies and that any such amendment or expansion may affect my eligibility to hold a CCW.

| | |
|---|---|
| _____ | 12-19-2010 |
| Applicant Signature | Date |
| _____ | 12-23-2010 |
| Witness Signature / Badge Number | Date |

-10-

Exhibit C, Page 69

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 - Investigator's Interview Notes

Applicant Name: THomson     Robert     JAmes
Last           First           Middle

Date of Birth: 12-15-1970     Age: 40

Social Security No.: 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

California DLAD No.: A1385180

Driver's License Restrictions: None

Residence Address:
16423 HAAS Ave     Torrance, CA 90504
Number  Street     Apt.  City  State  Zip

Mailing Address (if different):
Same As Above
Number  Street     Apt  City  State  Zip

Home / Personal Phone Numbers: (310) 619-0019

Spouse's Name and Address: Cristina Thomson
16423 HAAS Ave Torrance, CA 90504

Applicant Occupation: Bail Bonds Agent

Business / Employer Name: Caught up Bail Bonds (owner)

Business Phone Number: (310) 320-2245   (310) 320-Bail

Business Address:
2309 torrance blvd     #205  torrance, CA 90501
Number  Street     Apt  City  State  Zip

1.   List all previous home addresses for the past five years.

1811 S. Cabrillo Ave #3 San pedro, CA 90731

439 mitchell LN Arroyo Grande CA 93420

-11-

State of California, Department of Justice
## Standard Application for CCW License

**Section 7 - Investigator's Interview Notes -   (continued)**

2.  Have you ever been in a mental institution, treated for mental illness, or been found not-guilty by reason of insanity ? No __✓__   Yes _____ (If yes, explain):

_____

_____

3.  Are you now, or have you ever been, addicted to a controlled substance or alcohol, or have you ever utilized an illegal controlled substance, or have you ever reported to a detoxification or drug treatment program? No __✓__   Yes _____ (If yes, explain):

_____

_____

4.  Have you ever been involved in an incident involving firearms?
No __✓__ Yes_____(If yes, explain):

_____

_____

_____

5.  Have you been involved in a domestic violence incident?
No __✓__ Yes_____(If yes, explain):

_____

_____

6.  List any arrests or formal charges, with or without disposition, for any criminal offenses within the U.S. or any other country (civilian or military).

_Not Applicable._____

_____

_____

-12-

State of California, Department of Justice
## Standard Application for CCW License

### Section 7 - Investigator's Interview Notes   - (continued)

If the CCW license is desired for self-protection, the protection of others, or for the protection of large sums of money or valuable property, you are required to explain and provide good cause for issuance of the license. For example, has your life or property been threatened or jeopardized? Explain incidents and include dates, times, locations, and names of police agencies to which these incidents were reported.

Details of Reason for Applicant Desiring a CCW License (use additional sheets if needed).

See good cause statement

-13-

Exhibit C, Page 72

GOOD CAUSE STATEMENT

I am a licensed California Bail Agent. I have been licensed for over three years. I am alone when I meet with co-signers and defendants at their homes in violent high crime areas within Los Angeles County such as Compton, Inglewood, Watts, and South Los Angeles as well as city and county jails to fill out paperwork and receive payment for I am called to post bail at all hours of the day and night. Often when I bail out a person I am in neighborhoods where other suspects are a danger to me. I don't know the backgrounds of clients who may be disgruntled and have a grudge against me. While in the process of my Bail Agent duties I sometimes have in my possession over $10,000 in cash.

I fear great bodily injury or death from an armed assailant who has the intent to steal my cash or harm me. I am a man of small stature, and work very late hours of the night. The criminal element that I deal with presents a danger to my safety that cannot be mitigated by law enforcement resources or other means available to me. I don't have any other means of defending myself. The areas I work in have a higher violent crime rate than the rest of the state. I have attached the 2007 crime rate statistics from Melissadata.com which is the most recent for Compton, Lynwood, Inglewood, and Los Angeles, cities in which I frequently post bail.

This creates an exigency that shows that I need a CCW more than some regular Joe off the street. I want to have it to protect myself and my family. I work out of my house as my office so I meet clients at their home or an establishment. (Fast food, star bucks, home.

Beginning in January of 2000.all applicants for a bail agents license in California had to complete a course prescribed in California penal code section 1299 if they were going to apprehend their own clients that failed to appear in court or those defendants of other bail agents agencies.

One requirement under P.C.1299 is that the bail agent or bail fugitive recovery person must complete a course of powers of arrest approved by the Bureau of Security and Investigative Services, because of this requirement many Bail Agents or Bail Fugitive Recovery Persons also take the security guard exposed firearm training to receive an exposed firearm permit from the BSIS. They then believe that they can now carry a firearm exposed while attempting or making an arrest of a bail fugitive.

Penal code 12031(k) states "Nothing in this section is intended to preclude the carrying a loaded firearm by any person while engaged in the act of making or attempting to make a lawful arrest" as a bail agent or bail recovery person, they may carry the loaded firearm only during the arrest itself, not before or after the arrest, need to be transported unloaded in and locked container. From the attorney general's office Leslie McGovern firearms division.

**Exhibit C, Page 73**

State of California, Department of Justice
## Standard Application for CCW License

### Section 8 - Certification and Release of Information

I hereby give permission to the agency to which this application is made to conduct a background investigation of me and to contact any person or agency who may add to or aid in this investigation. I further authorize persons, firms, agencies and institutions listed on this application to release or confirm information about me and statements I have made as contained in this application.

Notwithstanding any other provision of law and pursuant to the Public Records Act (Government Code section 6250 et seq.), I understand that information contained in this application may be a matter of public record and shall be made available upon request or court order.

I hereby certify under penalties of perjury and Penal Code section 1205 1 (b) and (c), that the answers I have given are true and correct to the best of my knowledge and belief, and that I understand and agree to the provisions, conditions, and restrictions herein or otherwise imposed.

_____  _____12-19- 2010_____
Applicant Signature                Date

_____  _____12-23-10_____
Witness Signature / Badge Number   Date

-14-

Exhibit C, Page 74

State of California, Department of Justice

## Standard Application for CCW License

### *Attachment 1*
## CALIFORNIA PROHIBITING CATEGORIES FOR A CCW LICENSE
## As of January, 1999

- Persons convicted of a felony, or any offense enumerated in section 12021.1 of the Penal Code (PC).

- Persons addicted to the use of narcotics.

- Persons denied firearm possession as a condition of probation pursuant to PC section 1202 1 (d).

- Persons convicted of a specified misdemeanor pursuant to PC section 1202 1 (c)(1) are prohibited from purchasing or possessing firearms for 10 years (see Attachment 2).

- Juveniles adjudged wards of the juvenile court because they committed a 707(b) Welfare and Institutions Code (WIC) offense, an offense described in PC section 1203.073 (b) or any offense enumerated in PC section 12021 (c) (1) are prohibited until they reach age 30.

- Persons who are subject to a protective order as defined in section 6218 of the Family Code, or a temporary restraining order or injunction issued pursuant to sections 527.6 or 527.8 of the Code of Civil Procedure.

- Persons found by a court to be a danger to others because of mental illness.

- Persons found by a court to be mentally incompetent to stand trial.

- Persons found by a court to be not guilty by reason of insanity.

- Persons adjudicated to be a mentally disordered sex offender.

- Persons placed on a conservatorship because they are gravely disabled as a result of a mental disorder or impairment by chronic alcoholism.

- Persons who communicate a threat to a licensed psychotherapist, against a reasonably identifiable victim, and the psychotherapist reports to law enforcement pursuant to WIC section 8100(b), are prohibited from purchasing or possessing a firearm for 6 months.

- Persons in a mental health facility certified pursuant to WIC sections 5250, 5260, and 5270.15 are prohibited from possessing or purchasing or attempting to purchase firearms for 5 years.

- Persons who are voluntary patients in a mental facility who are determined to be a danger to self or others are prohibited form purchasing or possessing a firearm between admission and discharge.

- Persons under indictment or information in any court for a crime punishable by imprisonment for a term exceeding one year.

-16-

**Exhibit C, Page 75**

State of California, Department of Justice

## Standard Application for CCW License

### *Attachment 2*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

**Pursuant to Penal Code (PC) section 12021(c)(1), any person who has been convicted of a misdemeanor violation for any of the following offenses is prohibited from owning, possessing, or having under his or her custody or control any firearms within 10 years of the conviction:**

- Threatening public officers, employees and school officials (PC section 71).
- Threatening certain public officials, appointees, judges, staff or their families with the intent and apparent to carry out the threat (PC section 76).
- Possessing a deadly weapon with the intent to intimidate a witness (PC section 136.5).
- Threatening witnesses, victims, or informants (PC section 140).
- Attempting to remove or take a firearm from the person or immediate presence of a public or peace officer (PC section 148(d)).

- Unauthorized possession of a weapon in a courtroom, courthouse or court building, or at a public meeting (PC section 17 1 (b)).
- Bringing into or possessing a loaded firearm within the state capitol, legislative offices, etc. (PC section 171c).
- Taking into or possessing loaded firearms within the Governor's Mansion or residence of other constitutional officers, etc. (PC section 171(d)).
- Supplying, selling or giving possession of a firearm to a person for participation in criminal street gangs (PC section 186.28).
- Assault (PC sections 240, 241).

- Battery (PC sections 242, 243).
- Assault with a stun gun or Taber weapon (PC section 244.5).
- Assault with deadly weapon or force likely to produce great bodily injury (PC section 245).
- Assault with a deadly weapon or instrument, by any means likely to produce great bodily injury or with a gun or Taber on a school employee engaged in performance of duties (PC section 245.5).
- Shooting at an inhabited or occupied dwelling house, building, vehicle, aircraft, horse cart or camper (PC section 246).

- Discharging a firearm in a grossly negligent manner (PC section 246.3).
- Shooting at an unoccupied aircraft, motor vehicle, or uninhabited building or dwelling house (PC section 247).
- Inflicting corporal injury on a spouse or significant other (PC section 273.5).
- Willfully violating a domestic protective order (PC section 273.6).

-17-

**Exhibit C, Page 76**

State of California, Department of Justice

# Standard Application for CCW License

## *Attachment 2 (Continued)*

## CALIFORNIA PROHIBITING MISDEMEANORS
## As of January, 1999

- Drawing, exhibiting, or using any deadly weapon other than a firearm (PC sections 417(a)(1), 417(a)(2)).
- Brandishing a firearm in presence of a peace officer (PC section 417.1 - repealed by stats. 1998).
- Drawing or exhibiting, selling, manufacturing, or distributing firearm replicas or imitations (PC section 417.2).
- Inflicting serious bodily injury as a result of brandishing (PC section 417.6).
- Bringing into or possessing firearms upon or within public schools and grounds (PC section 626.9). Stalking (PC section 646.9).

- Armed criminal action (PC section 12023).
- Possessing a deadly weapon with intent to commit an assault (PC section 12024).
- Driver of any vehicle who knowingly permits another person to discharge a firearm from the
- vehicle or any person who willfudly **and maliciously discharges a firearm** from a motor vehicle (PC sections 12034(b), 12034(d)).
- Criminal possession of a firearm (PC section 12040).
- Firearms dealer who sells or transfers or gives possession of any firearm to a minor or a handgun to a person under the age of 21 (PC section 12072(b)).

- Various violations involving sales and transfers of firearms (PC section 12072(g)(3)).
- Person or corporation who sells any concealable firearm to any minor (PC section 12 1 00(a) - repealed by stats. 1994).
- Unauthorized possession/transportation of a machine gun (PC section 12220).
- Possession of ammunition designed to penetrate metal or armor (PC section 12320).
- Carrying a concealed or loaded firearm or other deadly weapon or wearing a peace officer uniform, while picketing (PC section 12590).

- Bringing firearm related contraband into juvenile hall (WIC section 871.5).
- Bringing firearm related contraband into a youth authority institution (WIC section 100 1.5).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person receiving in-patient treatment for a mental disorder, or by a person who has communicated to a licensed psychotherapist a serious violence against an identifiable victim (WIC section 8100).
- Providing a firearm or deadly weapon to a person described in WIC sections 8 1 00 or 8103 (WIC section 8101).
- Purchase, possession, or receipt of a firearm or deadly weapon by a person who has been adjudicated to be a mentally disordered sex offender or found to be mentally incompetent to stand trial, or not guilty by reason of insanity, and individuals placed under a conservatorship (WIC section 8103).

-18-

State of California, Department of Justice

# Standard Application for CCW License

## *Attachment 3*

## FEDERAL PROHIBITING CATEGORIES FOR POSSESSING FIREARMS
## Gun Control Act of 1968, Title 18 U.S.C. Chapter 44
## As of January, 1999

**Pursuant to Section 922, any person listed below is prohibited from possessing, shipping, transporting, or receiving any firearm, who:**

- Has been convicted in any court of a crime punishable by imprisonment for a term exceeding one year.

- Is a fugitive from justice.

- Is an unlawful user of or addicted to any controlled substance.

- Has been adjudicated as a mental defective or committed to a mental institution.

- Is an alien illegally or unlawfully in the United States.

- Has been discharged from the Armed Forces under dishonorable conditions .

- Having been a citizen of the United States, has renounced U.S. citizenship.

- Is subject to a court order that restrains the person from harassing, stalking, or threatening an intimate partner or child of such intimate partner.

- Has been convicted in any court of a misdemeanor crime of domestic violence.

- Is under indictment for a crime punishable by imprisonment for a term exceeding one year.

- Has an out-of-state prohibitive criminal history.

- Has a prior denial on a previous National Instant Criminal Background Check System (NICS) inquiry.

-19-