1 | TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
2 | City Attorney
jfellows@TorranceCA.gov
3 | Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
4 | dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
5 | Torrance, CA 90503
Telephone: 310-618-5810
6 | Facsimile: 310-618-5813

7 | RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
8 | rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
9 | athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
10 | Costa Mesa, California 92626-1931
Telephone: 714-641-5100
11 | Facsimile: 714-546-9035

12 | Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br>    Defendants. | Case No. CV11-06154 SJO (JCx)<br>Date Action Filed: July 26, 2011<br><br>Assigned to:<br>U.S. District Judge S. James Otero<br><br>**DEFENDANT TORRANCE POLICE DEPARTMENT'S NOTICE OF LODGING**<br><br>[Filed Concurrently With Defendant's Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities; Declaration of John Neu; Declaration of Ajit Singh Thind]<br><br>Motion Hearing Date:  Feb. 27, 2012<br>Time:  10:00 a.m.<br>Courtroom:  1- 2nd Floor<br>Location:  Spring Street |

Rutan & Tucker, LLP
attorneys at law

2465/062579-0097
2789376.1 a12/28/11

-1-

Case No. CV11-06154 SJO (JCx)
NTC. OF MTN. AND MTN. FOR SUMMARY JUDGMENT

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  Please take notice that Defendant Torrance Police Department hereby lodges
3  the following documents in connection with its Motion for Summary Judgment:

4    1.    Exhibit A: [PROPOSED] ORDER GRANTING SUMMARY
5           JUDGMENT FOR DEFENDANTS
6    2.    Exhibit B: [PROPOSED] JUDGMENT GRANTING DEFENDANTS'
7           MOTION FOR SUMMARY JUDGMENT
8    3.    Exhibit C: DEFENDANT TORRANCE POLICE DEPARTMENT'S
9           STATEMENT OF UNCONTROVERTED FACTS AND
10          CONCLUSIONS OF LAW

13  Dated: January 3, 2012

RUTAN & TUCKER, LLP
ROBERT S. BOWER
AJIT S. THIND

By: _____
Ajit S. Thind
Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

Rutan & Tucker, LLP
attorneys at law

2465/062579-0097
2789376.1 a12/28/11

-2-

Case No. CV11-06154 SJO (JCx)
NTC. OF MTN. AND MTN. FOR SUMMARY JUDGMENT