```
 1  TORRANCE CITY ATTORNEY'S OFFICE
    John L. Fellows III (State Bar No. 103968)
 2  City Attorney
    jfellows@TorranceCA.gov
 3  Della Thompson-Bell (State Bar No. 224846)
    Deputy City Attorney
 4  dthompsonbell@TorranceCA.Gov
    3031 Torrance Boulevard
 5  Torrance, CA 90503
    Telephone:  310-618-5810
 6  Facsimile:  310-618-5813

 7  RUTAN & TUCKER, LLP
    Robert S. Bower (State Bar No. 70234)
 8  rbower@rutan.com
    Ajit S. Thind (State Bar No. 268018)
 9  athind@rutan.com
    611 Anton Boulevard, Fourteenth Floor
10  Costa Mesa, California 92626-1931
    Telephone:  714-641-5100
11  Facsimile:  714-546-9035

12  Attorneys for Defendant
    TORRANCE POLICE DEPARTMENT
13
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON, | Case No. CV11-06154 SJO (JCx) |
| Plaintiff, | Date Action Filed: July 26, 2011 |
| vs. | Assigned to: U.S. District Judge S. James Otero |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, Defendants. | **[PROPOSED] ORDER GRANTING SUMMARY JUDGMENT FOR DEFENDANTS** |
| | [Filed Concurrently With Defendants' Memorandum of Points and Authorities; Declaration of John Neu] |
| | Motion Hearing Date: Feb. 27, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1- 2nd Floor<br>Location: Spring Street |

Rutan & Tucker, LLP
attorneys at law

102/062579-0097
2717637.1 a12/28/11

-1-

Case No. CV11-06154 SJO (JCx)
[PROPOSED] ORDER GRANTING
SUMMARY JUDGMENT

1  The cross motions of Plaintiff Robert Thomson ("Plaintiff") and Defendants Torrance Police Department and the Los Angeles County Sheriff's Department (collectively, "Defendants") for summary judgment came on regularly for hearing before this Court on February 27, 2012. Jon Birdt appeared as attorney for Plaintiff, Robert S. Bower appeared as attorney for Defendant Torrance Police Department, and Jennifer Lehman appeared as attorney for Defendant Los Angeles County Sheriff's Department.

After considering the moving, opposition, and reply papers, argument of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion of Plaintiff is DENIED, and the motions of Defendants are GRANTED.

Dated: _____ 2012

_____
United States District Judge

Rutan & Tucker, LLP
attorneys at law

102/062579-0097
2717637.1 a12/28/11

-2-

Case No. CV11-06154 SJO (JCx)
[PROPOSED] ORDER GRANTING
SUMMARY JUDGMENT