TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone: 310-618-5810
Facsimile: 310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ROBERT THOMSON,

Plaintiff,

vs.

TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,

Defendants.

Case No. CV11-06154 SJO (JCx)
Date Action Filed: July 26, 2011

Assigned to:
U.S. District Judge S. James Otero

**[PROPOSED] JUDGMENT GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Motion Hearing Date: Feb. 27, 2012
Time: 10:00 a.m.
Courtroom: 1- 2nd Floor
Location: Spring Street

This action came on regularly for hearing before this Court on February 27, 2012, Honorable S. James Otero, District Judge Presiding, on cross motions for summary judgment. The evidence presented having been fully considered, the issues having been duly heard, and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that the Plaintiff Robert Thomson take nothing, that the action be dismissed on the merits, and that the Defendants Torrance Police Department and Los Angeles County Sheriff's Department recover their costs.

Dated: ___________ 2012

_______________________________
United States District Judge

Rutan & Tucker, LLP
*attorneys at law*

102/062579-0097
2718096.1 a12/28/11

-2-

Case No. CV11-06154 SJO (JCx)
[PROPOSED] JUDGMENT