## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 11-06154 SJO (JCx) | Date | January 3, 2011 |
|---|---|---|---|
| Title | Robert Thomson v. Torrance Police Department et al | | |

| Present: The Honorable | S. JAMES OTERO | |
|---|---|---|
| Victor Paul Cruz | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| not present | not present | |

**Proceedings:**     IN CHAMBERS

The Court Strikes and vacates the Minute Order [32] setting Scheduling Conference on 2/6/12, as issued in error.

|   | : |
|---|---|
| Initials of Preparer | vpc |