Name & Address:
Della Thompson-Bell (SBN 224846)
Deputy City Attorney
3031 Torrance Boulevard
Torrance, California 90503
(310) 618-2745
dthompsonbell@Torrance CA.gov
Attorney for Torrance Police Department

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON <br><br> PLAINTIFF(S) | CASE NUMBER <br> CV11-06154 SJO (JCx) |
| v. <br><br> TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT <br> DEFENDANT(S). | **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**The following information must be provided:**

I, __Della Thompson-Bell__ , __224846__ , __dthompsonbell@TorranceCA.gov__
    *Name*          *CA Bar ID Number*          *E-mail Address*

☒ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

Torrance Police Department

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☒ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☒ **TO UPDATE NAME OR FIRM INFORMATION:**
    ☒ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.
        PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to __Della Thompson-Bell__
New Firm/Government Agency Name __City of Torrance__
New Address __3031 Torrance Boulevard, Torrance, CA 90503__
New Telephone Number __(310) 618-2745__  New Facsimile Number __(310) 618-5813__
New E-mail address __dthompsonbell@TorranceCA.gov__

☒ **TO BE ADDED AS COUNSEL OF RECORD:** CHECK ONE BOX
    ☒ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on __8/29/11 Document #12__
    ☐ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A NOTICE OF ASSOCIATION SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____
Firm/Government Agency Name _____
Address: _____
Telephone Number _____ Facsimile Number _____
New E-mail address _____

☐ TO BE REMOVED FROM THE CASE: **

 ☐ I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action.

CHECK ONE BOX

 ☐ The order relieving me/the aforementioned attorney from my firm was filed on: _____

 ☒ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

 ☐ I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

Date: January 6, 2012

*Signature of Attorney of Record / Attorney for the Firm*
Della Thompson-Bell

**PLEASE NOTE:** CM/ECF users must update their account information in the system pursuant to the General Order authorizing electronic filing, in addition to filing this Notice of Change of Attorney Information. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.