**JONATHAN W. BIRDT – SBN 183908**          e-filed _____
**Law Office of Jonathan W. Birdt**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:     (818) 400-4485
Facsimile:       (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff Robert Thomson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT THOMSON, | CASE NO.  2:11-cv-06154-SJO-JC |
|---|---|
| Plaintiff, | **OPPOSITION TO REQUEST TO RELATE CASES** |
| vs. | |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | |
| Defendants. | |

    Relation of these cases is not appropriate as each Plaintiff seeks to recover damages for a violation of their individual civil rights and each matter is fact and law specific and each case involving different parties, legal authorities and evolving legal arguments.

    Moreover, Case # 2:10-CV-08377-JAK –JEM is a closed matter that cannot be the lead case.  The Thomson matter would be the lead matter but by agreement

OPPOSITION TO REQUEST TO RELATE CASES-        PAGE- 1         CASE NO.2:11-cv-06154-SJO-JC

1  of the parties and order of the Court, Case Dispositive Motions for Summary
2  Judgment have been fully briefed, filed and are set to be heard on February 27,
3  2012.
4      As such, as of the end of February there is only one pending matter,
5  Raulinaitis v. LASD, and the parties can meet and confer at that time as stated in
6  the Joint Report previously submitted in that matter regarding how best to proceed
7  with the least effect on Judicial resources following the Courts' ruling on the
8  Thomson matter.

10  January 19, 2012                           ___/s/_____
11                                              Jonathan W. Birdt, Esq.