1 | ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
2 | JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • jlehman@counsel.lacounty.gov
3 | 648 Kenneth Hahn Hall of Administration
500 West Temple Street
4 | Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105
5 |
Attorneys for Defendant
6 | LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

7

8 | **UNITED STATES DISTRICT COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | ROBERT THOMSON,                    CASE NO. CV 11-06154 SJO(JCx)

12 |     Plaintiff,             (to be related to CV 10-08377 JAK
(JEMx) and CV 11-08026 JHN(JCGx)
13 |   v.

14 | TORRANCE POLICE DEPARTMENT        **LASD REPLY TO PLAINTIFF'S
OPPOSITION TO RELATING
and THE LOS ANGELES COUNTY        CASES**
15 | SHERIFF'S DEPARTMENT,
**[Local Rule 83-1.3]**
16 |     Defendants.

17

18 |       Under Central District Local Rule 83.1.3, a case need not be pending for it to

19 | be related.  The Rule only requires that the related action be "previously filed or

20 | currently pending in the Central District" and (a) arise from the same or closely

21 | related transaction, happening, or event; (b) call for determination of the same or

22 | substantially related or similar questions of law and fact; or (c) for other reasons

23 | would entail substantial duplication of labor if heard by different judges." (Central

24 | Dist. Local Rule 83.1.3.)

25 |       Here, the cases of *Jonathan Birdt v. Charlie Beck, et al.*, United States

26 | District Court Case No. CV 10-08377 JAK (JEMx), *Robert Thomson v. Torrance*

27

28 | HOA.855069.1                     Reply to Opp to Notice of Related Cases
CV 10-08377 JAK(JEMx) /
CV 11-06154 SJO (JCx),
CV 11-08026 JHN(JCGx)

1 | *Police Department, et al.*, United States District Court Case No. CV 11-06154 SJO
2 | (JCx), and *Sigitas Raulinaitis, et al. v. Los Angeles County Sheriff's Department*,
3 | United States District Court Case No. CV 11-08026 JHN(JCGx) all allege that the
4 | Los Angeles County Sheriff's Department's policy for the issuance of concealed
5 | weapons permits violates the Second Amendment.  In light of the identical legal
6 | issues presented in these cases, Defendant LASD submits that litigating these cases
7 | separately will create a substantial duplication of labor if heard by different judges.
8 | Judge Kronstadt recently ruled on the very issues that are the subjects of the
9 | *Thomson* and *Raulinaitis* cases, and is already familiar with the law and the facts.
10 | Having two other judges become familiar with the issues will result in a substantial
11 | and expensive duplication of labor.  Moreover, inconsistent rulings may result.
12 | Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.

13 | Additionally, while the parties have filed their respective motions for
14 | summary judgments, the matter has not been fully briefed.  The hearing on the
15 | *Thomson* matter is presently set before Judge Otero on February 27, 2012.  While
16 | Plaintiff has filed his Oppositions to the Defendants' summary judgment motions,
17 | Defendants have not yet filed their papers.  There is no trial date on the *Thomson*
18 | case.  The trial date in *Raulinaitis* is September 4, 2012.

19 | DATED: January 20, 2012            Respectfully submitted,

20 |
21 |                                    ANDREA SHERIDAN ORDIN
                                       County Counsel
22 |
                                       By _____/S/_____
23 |                                       JENNIFER A.D. LEHMAN
                                          Principal Deputy County Counsel
24 |
25 |                                    Attorneys for Defendant
                                       LOS ANGELES COUNTY SHERIFF'S
26 |                                    DEPARTMENT
27 |
    | HOA.855069.1                      Reply to Opp to Notice of Related Cases
28 |                                        CV 10-08377 JAK(JEMx) /
                                             CV 11-06154 SJO (JCx),
                                            CV 11-08026 JHN(JCGx