ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • *jlehman@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIGITAS RAULINAITIS and RIMA RAULINAITIS <br><br> Plaintiffs, <br><br> v. <br><br> THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT <br><br> Defendant. | CASE NO. CV 11-8026 JHN(JCGx) <br><br> (to be related to CV 10-08377 JAK (JEMx) and CV 11-06154 SJO(JCx)) <br><br> **LASD REPLY TO PLAINTIFF'S OPPOSITION TO RELATING CASES** <br><br> **[Local Rule 83-1.3]** |

Under Central District Local Rule 83.1.3, a case need not be pending for it to be related. The Rule only requires that the related action be "previously filed or currently pending in the Central District" and (a) arise from the same or closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." (Central Dist. Local Rule 83.1.3.)

Here, the cases of *Jonathan Birdt v. Charlie Beck, et al.*, United States District Court Case No. CV 10-08377 JAK (JEMx), *Robert Thomson v. Torrance Police Department, et al.*, United States District Court Case No. CV 11-06154 SJO

HOA.855092.1

1  (JCx), and *Sigitas Raulinaitis, et al. v. Los Angeles County Sheriff's Department*,

2  United States District Court Case No. CV 11-08026 JHN(JCGx) all allege that the

3  Los Angeles County Sheriff's Department's policy for the issuance of concealed

4  weapons permits violates the Second Amendment.  In light of the identical legal

5  issues presented in these cases, Defendant LASD submits that litigating these cases

6  separately will create a substantial duplication of labor if heard by different judges.

7  Judge Kronstadt recently ruled on the very issues that are the subjects of the

8  *Thomson* and *Raulinaitis* cases, and is already familiar with the law and the facts.

9  Having two other judges become familiar with the issues will result in a substantial

10  and expensive duplication of labor.  Moreover, inconsistent rulings may result.

11  Accordingly, these are Related Cases for the purposes of Local Rule 83.1.3.

12       Additionally, while the parties have filed their respective motions for

13  summary judgments, the matter has not been fully briefed.  The hearing on the

14  *Thomson* matter is presently set before Judge Otero on February 27, 2012.  While

15  Plaintiff has filed his Oppositions to the Defendants' summary judgment motions,

16  Defendants have not yet filed their papers.  There is no trial date on the *Thomson*

17  case.  The trial date in *Raulinaitis* is September 4, 2012.

18

19  DATED: January 20, 2012            Respectfully submitted,

20

21                                     ANDREA SHERIDAN ORDIN
                                        County Counsel

22

23                                     By _____/S/_____

24                                        JENNIFER A.D. LEHMAN
                                          Principal Deputy County Counsel

25                                     Attorneys for Defendant
                                        LOS ANGELES COUNTY SHERIFF'S
26                                      DEPARTMENT

27

28  HOA.855092.1