# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Robert Thomson | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 11-06154 SJO(JCx) |
| v. | |
| Torrance Police Department et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases) |
| Defendant(s). | |

## CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 08-05.

**TRANSFER ORDER DECLINED**

_____    _____
Date                                          United States District Judge

## DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

The Court has reviewed the pleadings with respect to whether these matters are related. The Court determines that they are not related under Local Rule 83-1. The factual issues presented in each matter are case specific. Consequently, the interpretation and application of the law in each matter will be dependent of such factual issues.

January 25, 2012                    John A. Kronstadt  /s/ John Kronstadt
_____    _____
Date                                          United States District Judge

## REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case    CV 10-08377 JAK(JEMx)    and the present case:

☐ A. Arise from the same or closely related transactions, happenings or events; or
☑ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.
☐ E. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

## NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge _____ to Magistrate Judge _____.

**TRANSFER ORDER DECLINED**

On all documents subsequently filed in this case, please substitute the initials _____ after the case number in place of the initials of the prior judge, so that the case number will read _____. This is very important because documents are routed to the assigned judges by means of these initials. The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the ☑ Western  ☐ Southern  ☐ Eastern Division.

**Traditionally filed subsequent documents must be filed at the** ☑ Western  ☐ Southern  ☐ Eastern Division.
**Failure to file at the proper location will result in your documents being returned to you.**

cc: ☐ *Previous Judge*    ☐ *Statistics Clerk*

CV-34 (05/08)    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08-05 ( Related Cases)