ANDREA SHERIDAN ORDIN, County Counsel
ROGER H. GRANBO, Assistant County Counsel
JENNIFER A.D. LEHMAN, Principal Deputy County Counsel
(SBN 191477) • *jlehman@counsel.lacounty.gov*
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, California 90012-2713
Telephone: (213) 974-1908 · Fax: (213) 626-2105

Attorneys for Defendant
LOS ANGELES COUNTY SHERIFF'S DEPARTMENT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>Plaintiff,<br><br>v.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>Defendants. | CASE NO. CV 11-06154 SJO (JCx)<br><br>**NOTICE OF LODGING OF DEFENDANT LOS ANGELES COUNTY SHERIFF'S DEPARTMENT'S RESPONSE TO PLAINTIFF'S SEPARATE STATEMENT OF UNDISPUTED FACTS & CONCLUSIONS OF LAW; EVIDENCE IN SUPPORT THEREOF**<br><br>[Filed concurrently with Defendants' Opposition to Plaintiff's Motion for Summary Judgment; Response to Plaintiff's Separate Statement of Undisputed Facts & Conclusions of Law and Evidence in Support thereof]<br><br>**MSJ Date:** February 27, 2012<br>Time: 10:00 a.m.<br>Ctrm: 1<br><br>Action Filed: July 26, 2011<br>**Trial Date:** None set |

Pursuant to Local Rule 56-1, Defendant Los Angeles County Sheriff's Department ("LASD") hereby lodges its Response to Plaintiff Robert Thomson's

HOA.856577.1

CV 11-06154 SJO (JCx)

1  Separate Statement of Undisputed Facts and Conclusions of Law, in conjunction
2  with cross-Motions for Summary Judgment, calendared for hearing on February 27,
3  2011.

4  DATED: January 25, 2012          Respectfully submitted,

                                    ANDREA SHERIDAN ORDIN
                                    County Counsel


                                    By /s/ Jennifer Lehman
                                       JENNIFER A.D. LEHMAN
                                       Principal Deputy County Counsel

                                    Attorneys for Defendant
                                    LOS ANGELES COUNTY SHERIFF'S
                                    DEPARTMENT

HOA.856577.1

CV 11-06154 SJO (JCx)

-2-