TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone: 310-618-5810
Facsimile: 310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>Plaintiff,<br><br>vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>Defendants. | Case No. CV11-06154 SJO (JCx)<br>Date Action Filed: July 26, 2011<br><br>Assigned to:<br>U.S. District Judge S. James Otero<br><br>**DECLARATION OF AJIT SINGH THIND IN SUPPORT OF DEFENDANT TORRANCE POLICE DEPARTMENT'S MOTION OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed Concurrently With TPD's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion for Summary Judgment and TPD's Statement of Genuine Disputes of Material Facts]<br><br>Motion Hearing Date: Feb. 27, 2012<br>Time: 10:00 a.m.<br>Courtroom: 1- 2nd Floor<br>Location: Spring Street |

2465/062579-0097
2907136.1 a02/03/12

Case No. CV11-06154 SJO (JCx)
DECLARATION OF AJIT SINGH THIND IN
SUPPORT OF TPD'S OPPOSITION

## DECLARATION OF AJIT SINGH THIND

I, Ajit Singh Thind, declare as follows:

1. I have personal knowledge of the matters set forth in this declaration and, if called, could and would testify competently to such matters.

2. I am an attorney in the law firm Rutan & Tucker, LLP, counsel of record for Defendant TORRANCE POLICE DEPARTMENT ("TPD").

3. I make this declaration in support of TPD's Memorandum of Points and Authorities in Opposition to Plaintiff Robert Thomson's Motion for Summary Judgment.

4. On cross-motions for summary judgment in the related case of *Birdt v. Beck*, 2:10-CV-08377-JAK-JEM, Judge Kronstadt of the Central District Court found for the Los Angeles County Sheriff's Department ("LASD"), the Los Angeles Police Department ("LAPD"), Charlie Beck, and Lee Baca against Jonathan Birdt (Plaintiff's attorney in this very litigation). The order found that LASD and LAPD's CCW policies did not violate the Second Amendment. A true and correct copy of the Court's order is attached as Exhibit "A" to this declaration.

5. A true and correct copy of the Declaration of Professor John Zimring and his curriculum vitae, previously filed by LASD in this very litigation, is attached as Exhibit "B" to this declaration.

Executed on this 3 day of February, 2012, at Costa Mesa, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Ajit Singh Thind