UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
Scan Only _____

CASE NO.: CV 11-06154 SJO (JCx)     DATE: February 16, 2012

TITLE: Robert Thomson v. Torrance Police Department et al

========================================================================
PRESENT: THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                                Not Present
Courtroom Clerk                                Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**     **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                     Not Present

========================================================================
**PROCEEDINGS:**

The parties are advised that the **MOTION for Summary Judgment as to Plaintiffs Complaint filed by Plaintiff Robert Thomson [34], the MOTION for Summary Judgment as to Complaint filed by Defendant Los Angeles County Sheriffs Department [36] and the MOTION for Summary Judgment or, alternatively, MOTION for Partial Summary Judgment filed by Defendant Torrance Police Department [38]**, scheduled for hearing on Monday, February 27, 2012, are taken under submission. Accordingly, the hearing date is vacated. Order will issue.