JONATHAN W. BIRDT – SBN 183908
Law Office of Jonathan W. Birdt
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone: (818) 400-4485
Facsimile: (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff Robert Thomson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT THOMSON, | CASE NO. 2:11-cv-06154-SJO-JC |
|---|---|
| Plaintiff, | REQUEST FOR RULING PURSUANT TO LOCAL RULE 83-9.2 BY PLAINTIFF AND LASD, AND NOTICE OF REFUSAL TO COMPLY BY TORRANCE |
| vs. | |
| TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT, | |
| Defendants. | |

On February 16th, 2012, this Court took the rulings on all pending Motions for summary judgment under submission. No ruling has issued, and as such, as required by Local Rule 83-9.2, Counsel files this notice requesting the ruling(s) forthwith.

Counsel for the Los Angeles Sheriffs' Department joins in the above request.

On May 27, 2012, counsel for Plaintiff sent a draft of this notice to Counsel for the City of Torrance. Counsel for Torrance did not respond and so counsel for Plaintiff sent a follow up on June 7, 2012, to which, Torrance counsel responded the

1  same day stating that "I will participate when the matter is ripe, not according to
2  your arbitrarily-selected timetable".  Plaintiffs' counsel advised that this notice would
3  be filed on June 15th and the Court would be advised of their position.  Counsel for
4  Torrance wanted to wait until at least Monday, June, 18th, before they would discuss
5  the matter.

7  June 15, 2012                                        ___/s/_____
8                                                              Jonathan W. Birdt

REQUEST FOR RULING PURSUANT TO LOCAL RULE 89-9.2 BY PLAINTIFF, AND NOTICE OF REFUSAL TO COMPLY BY TORRANCE- 2