TORRANCE CITY ATTORNEY'S OFFICE
John L. Fellows III (State Bar No. 103968)
City Attorney
jfellows@TorranceCA.gov
Della Thompson-Bell (State Bar No. 224846)
Deputy City Attorney
dthompsonbell@TorranceCA.Gov
3031 Torrance Boulevard
Torrance, CA 90503
Telephone:   310-618-5810
Facsimile:   310-618-5813

RUTAN & TUCKER, LLP
Robert S. Bower (State Bar No. 70234)
rbower@rutan.com
Ajit S. Thind (State Bar No. 268018)
athind@rutan.com
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone:   714-641-5100
Facsimile:   714-546-9035

Attorneys for Defendant
TORRANCE POLICE DEPARTMENT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>              Plaintiff,<br><br>       vs.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br><br>              Defendants. | Case No. CV11-06154 SJO (JCx)<br>Date Action Filed:  July 26, 2011<br><br>Assigned to:<br>U.S. District Judge S. James Otero<br><br>**JOINT REQUEST FOR DECISION ON MOTIONS FOR SUMMARY JUDGMENT**<br><br>**[Local Rule 83-9.2]** |

Rutan & Tucker, LLP
attorneys at law

2465/062579-0097
3613937.1 a06/22/12

-1-

Case No. CV11-06154 SJO (JCx)
JOINT REQUEST FOR DECISION, L.R. 83-9.2

1    On February 16th, 2012, this Court took the motions for summary judgment,

2  filed by each of the parties, under submission.  No decision has issued, and as such,

3  as required by Local Rule 83-9.2, counsel hereby file this notice requesting the

4  decision(s) be made without further delay.

5

6  Dated:  June 22, 2012                    RUTAN & TUCKER, LLP
                                            ROBERT S. BOWER
7                                           AJIT S. THIND

8                                           By:_____/s/_____
                                               Ajit S. Thind
9                                              Attorneys for Defendant
                                               TORRANCE POLICE
10                                             DEPARTMENT

11
   Dated:  June 22, 2012                    ANDREA SHERIDAN ORDIN
12                                           ROGER H. GRANBO
                                            JENNIFER A.D. LEHMAN
13
                                            By:_____/s/_____
14                                             Jennifer A.D. Lehman
                                               Attorneys for Defendant
15                                             LOS ANGELES COUNTY
                                               SHERIFF'S DEPARTMENT
16

17

18

19

20

21

22

23

24

25

26

27

28

Rutan & Tucker, LLP
*attorneys at law*

2465/062579-0097
3613937.1 a06/22/12

-1-

Case No. CV11-06154 SJO (JCx)
JOINT REQUEST FOR DECISION, L.R. 83-9.2