JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON,<br><br>    Plaintiff,<br><br>    v.<br><br>TORRANCE POLICE DEPARTMENT and THE LOS ANGELES COUNTY SHERIFF'S DEPARTMENT,<br><br>    Defendants. | NO. CV 11-06154 SJO (JCx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS LOS ANGELES COUNTY SHERIFF'S DEPARTMENT AND TORRANCE POLICE DEPARTMENT** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

These matters came before the Court on Plaintiff Robert Thomson's ("Plaintiff") Motion for Summary Judgment, filed December 17, 2011 (ECF No. 34), Defendant Los Angeles County Sheriff's Department's ("LASD") Motion for Summary Judgment, filed December 23, 2011 (ECF No. 36), and Defendant Torrance Police Department's (with LASD, "Defendants") Motion for Summary Judgment, filed January 3, 2012 (ECF No. 38). Having reviewed and considered the pleadings and evidence submitted in support of and in opposition to the Motions, the Court found that the pleadings, discovery, and disclosure materials on file, including the declarations submitted by the parties show that there is no genuine issue as to any material fact and that Defendants

1  LASD and Torrance Police Department are entitled to judgment as a matter of law. Accordingly,
2  the Court granted Defendants' Motions against Plaintiff and denied Plaintiff's cross-Motion.
3      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that summary judgment shall be,
4  and hereby is, entered in favor of Defendants Los Angeles County Sheriff's Department and
5  Torrance Police Department as to all claims.
6      IT IS SO ADJUDGED.

8  Dated: July 2, 2012.

*S. James Otero*

    S. JAMES OTERO
UNITED STATES DISTRICT JUDGE