**JONATHAN W. BIRDT – SBN 183908**
**Law Office of Jonathan W. Birdt**
18252 Bermuda Street
Porter Ranch, CA 91326
Telephone:      (818) 400-4485
Facsimile:        (818) 428-1384
jon@jonbirdt.com
Attorney for Plaintiff Robert Thomson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT THOMSON, ) | CASE NO. 2:11-cv-06154-SJO-JC |
| ) | |
| Plaintiff, ) | **NOTICE OF APPEAL** |
| ) | |
| vs. ) | |
| ) | |
| TORRANCE POLICE DEPARTMENT and ) | |
| THE LOS ANGELES COUNTY SHERIFFS ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| _____ ) | |

Notice is hereby given that Plaintiff hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Re Plaintiff's and Defendants' Motions for Summary Judgment entered July 2, 2012.

July 3, 2012                                             \_\_\_/s/_____
                                                                         Jonathan W. Birdt, Esq.

NOTICE OF APPEAL