

FILED

JUL 1 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

ROBERT THOMSON,

    Plaintiff - Appellant,

v.

TORRANCE POLICE DEPARTMENT and LOS ANGELES COUNTY SHERIFFS DEPARTMENT,

    Defendants - Appellees.

No. 12-56236

D.C. No. 2:11-cv-06154-SJO-JC
Central District of California,
Los Angeles

ORDER

RECEIVED
CLERK, U.S. DISTRICT COURT
7/1/14
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MAT___ DEPUTY

    Pursuant to the stipulation by appellant and appellee Torrance Police Department under Federal Rule of Appellate Procedure 42(b), it is ordered that appeal no. 12-56236 be dismissed against appellee Torrance Police Department only with prejudice. Costs shall be allocated pursuant to the stipulation.

    A copy of this order shall act as and for the mandate of this court as to appellee Torrance Police Department only.

    For the Court:
    MOLLY C. DWYER
    Clerk of the Court

    Alihandra M. Totor
    Deputy Clerk
    Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 30Jun2014